United States District Court
For the District of Columbia.

Richard Isasi #98A1899
Attica Correctional Facility Plaintiff
POBox 149
Attica, NY 14011-0149   V.
Office of the Attorney General
Melaine Ann Pustay. Deputy Director.

Office of the Deputy Attorney General
Melaine Ann Pustay. Deputy Director.

                              Defendants.

Complaint

Jury Trial Demanded

**FILED**

NOV 07 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1 Parties.

Plaintiffs.   Richard Isasi   Resides at.

Case: 1:07-cv-02015
Assigned To : Walton, Reggie B.
Assign. Date : 11/07/2007
Description: FOIA/PRIVACY ACT

Defendants.   Office of the Attorney General. Melaine Ann Pustay.
Deputy Director   Resides at.
Office of Information and Privacy.
Suite. 570. Flag Building.
Department of Justice. Washington. DC. 20530-0001.

Office of the Deputy Attorney General. Melaine Ann Pustay.
Deputy Director.   Resides at.

Office of Information and Privacy
Suite 570. Flag Building.
Department of Justice. Washington. DC. 20530-0001.

                    All of whom to be Addressees Hereto
                For that Which was Done in their
                    Official's capacities.

**RECEIVED**

OCT 19 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

THE JURISDICTION OF THE COURT IS INVOKED

"FOIA"  5 U.S.C. § 552    28 U.S.C. 1331

28 U.S.C. § 2283    AND 2284 F.R.C.P. RULE 65

Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics.  403 U.S. 388 (1971)

## Statement of Claim

1. On or about September 27, 2005. The U.S. Department of Justice Criminal Division Responded to the Plaintiff requests dated March 31, 2003 and June 3, 2003 see: Exhibit A. at P.1

2. The Criminal Division Located (items 1-24) Documents and Referred these Documents to another Federal Agencies for direct response to the Plaintiff. On 2005. The Executive Office for the United States Attorneys, Office of Legal Counsel and The U.S. Department of States responded to the Plaintiff. At this time the Office of Information and Privacy refused to respond. see: Exhibit A. at P. 2

3. On August 3, 2007. The Office of the Attorney General and Deputy Attorney General, responded to the Plaintiff With a Final Decision to Plaintiff's Request. The Office Agrees That September 27, 2005, The Criminal Division of the Department of Justice Referred my request to His Office And was received by His Office on October 4, 2005. see: Exhibit 13

   There, they took Two Years for that Agencies to respond to Plaintiff's Referral.

4    On August 13, 2007. Plaintiff Filed his Administrative Appeals see Exhibit C. The Denial of the two Pages. Fax Transmittal Secretaria de Relaciones Exteriores to Mary Lee Warren on March 19. 1995.    Under the exemption (b)(5). see: Exhibit A. pt. P.3

This letter is a very important for Plaintiff case because the letter may contain the Piercing Veil by Defendant's in Plaintiff's Extradition Proceeding from Mexico.

5    On or about September 28, 2007. The Office of Information and Privacy, Appeal Officer Had Affirmed. The Denial of the two Pages of issue in the Appeal. Protected from Disclosure under Exemption (b)(5) and Authorized Plaintiff to seek Judicial Review in Accordance With 5 U.S.C. 552 (a)(4)(B). see: Exhibit D.

6    The violations of the FOIA. Authorized the Plaintiff's Failure of the Federal Defendant's to Act on Plaintiff Request. The Defendant's mentioned in the Present Complaint acting under color of Federal.

7    Plaintiff state a claim Against the Office of the Attorney General Melanie Ann Pustay. Deputy Director and The Office of the Deputy Attorney General. Melanie Ann Pustay. The Deputy Director.

8    Plaintiff invoked His Rights Pursuant to 5 U.S.C. 552. Which violated The Plaintiff First and Fourteenth Amendments.

9.    The Plaintiff Has no Means, Adequate or complete remedy at Law to redress The Wrongs describe Herein. Plaintiff Has Been and Will continue to be irreparably injured By the conduct of the Defendant's. unless This court Grants The Declaratory and Injunctive Relief Which Plaintiff seek's.

10.    Therefore. Plaintiffs Respectfully Prays that this court enter Judgment Granting the Plaintiff's. A Declaration that the Act and Omissions Describe Herein that violates Plaintiffs Right under the Constitution and Laws of the United States.

11. Also Preliminary and Permanent Injunction Ordering the Defendant's to Release to this Court to the Plaintiff all the Extradition Papers concerning this Case for this Court Review.

12. Tenturemore Defendants to be Questioned of the Introduction of Defective Documents in International Agreement. And to stop to the Cover up Which each are his Wrong Doing.

### Plaintiff Demand

1) Money Damages in the Amount of $ 10.000.000. U.S. Dollars for each office.

2) Compensatory Damages in the Amount of $ 3.000.000 U.S. Dollars for each office. Jointly and Severally.

3) Punitive Damages in the Amount of $ 2.000.000 U.S. Dollars for each office.

4) A Jury Trial on all issue trinble by Jury. Plaintiff's cost in this suit, and Additional Relief this court deems Just Proper and Equitable.

R Yean

Attica Correctional Facility
P.O. Box 149.
Attica. New York. 14011-0149.

I Certify under Penalty of Perjury that the Foregoing is true and Correct.

Executes at Wioming
State of New York.
Dates October 9 2007.

United States District Court
For The District Of Columbia

Richard Isasi

        Plaintiff.

        V-

Office Of The Attorney General
Melaine Ann Pustay. Deputy Director.
Office Of The Deputy Attorney General
Melaine Ann Pustay. Deputy Director.

        Defendants.

**Motion For Appointment Of Counsel.**

Pursuant to 28 U.S.C. 1915 (e)(1). Plaintiff moves for an order appointing Counsel to represent Plaintiff in this case. In Support of this Motion Plaintiff states:

1 — Plaintiff is unable to afford counsel. He Has requested leave to proceed in Forma Pauper's.

2 — Plaintiff's imprisonment will Greatly Limit His Ability to Litigate. The Issues involved in this case are complex. And Will Require significant Research and Investigation. Plaintiff Has Limited Access to the Law Library And Limited Knowledge of the Law.
Plaintiff are in Administrative segregation. it takes Weeks to get a Book.

3 — A trial in this case Will Likely involve conflicting Testimony. And Counsel Would Better Enable Plaintiff to Represent Evidence And cross examine Witnesses.

4 — The Case Will Require Discovery of Documents And Deposition of a Number of Defendant's

5 — Plaintiff Has Made Repeated Efforts to obtain a Lawyer. <u>See</u>. Attached. For Review.

Dated October 9 2007.
State of New York.

R Isasi

Richard Isasi # 98A1899
Attica Correctional Facility.
P.O. Box No).
Attica. New York. 14011-0149.

# ANGELO MUSITANO
## Attorney and Counselor at Law

**1520 Pine Avenue, P.O. Box 2127 NMS**
**Niagara Falls, New York 14301**
**Telephone:  (716) 282-1712**
**Facsimile:   (716) 282-5693**
**AngeloMusitano@HotMail.Com**

March 6, 2007

Mr.Richard Isasi
#98A1899
Attica Correctional Facility
PO Box 149
Attica, New York 14011-0149

### RE:  *Correspondence dated 02/23/07*

Dear Mr. Isasi:

I have received your letter and enclosures of February 23, 2007.  Clearly, your case is very complex and time consuming.  I am not sure that you can afford to obtain a private attorney.

Nevertheless, it appears to me that you were seized for purposes of extradition even before the formal request for extradition was made by the Governor of New York.  I wonder if there was any request made by the New Jersey Governor before New York requested your extradition.  Somehow, I doubt that there was.  However, we should make sure so that we have answers to all of the questions that your case raises.

I noticed that your case has been transferred to the District Court for the District of Columbia.  Perhaps we could use that Court and hopefully, the appointment of counsel to further your case.  Please pursue the appointment of counsel in the District of Columbia.  The attorney would be free and can explore all of the issues that need to be raised in your case.

Thank you for giving me the opportunity to assist you.  I will certainly do what I can for you despite my limited availability.

Respectfully,

*Angelo Musitano*
Angelo Musitano

AM:lmm

Exhibit A

**U.S. Department of Justice**

Criminal Division

_____

_Washington, D.C. 20530_

CRM-200300551P and 200300690P

SEP 2 7 2005

Mr. Richard Isasi, #98-A-1899
Attica Correctional Facility
P.O. Box 149
Attica, New York 14011-0149

Dear Mr. Isasi:

This is in response to your requests dated March 31, 2003 and June 2, 2003 for records concerning you.

We located 24 documents (items 1-24) within the scope of your request. We have processed your request under the Freedom of Information Act and will make all records available to you whose release is either required by that statute, or considered appropriate as a matter of discretion.

In light of our review, we have determined to release items 1-20 in full and items 21-23 in part, and to withhold item 24 (as described on the enclosed schedule) in full. We are withholding the record and portions of records indicated pursuant to one or more of the following FOIA exemptions set forth in 5 U.S.C. 552(b):

(5)   which permits the withholding of inter-agency or intra-agency memorandums or letters which reflect the predecisional, deliberative processes of the Department;

(6)   which permits the withholding of personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy; and,

(7)   which permits the withholding of records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information...

(C)    could reasonably be expected to
        constitute an unwarranted invasion
        of personal privacy;

(F)    could reasonably be expected to
        endanger the life or physical
        safety of any individual.

We have also located documents which originated in an Office
of an United States Attorney.  Pursuant to Department practice,
we have referred these documents to the Executive Office for
United States Attorneys (which processes such documents) for
direct response to you.

In addition, we have located documents which are of interest
to the Offices of the Attorney General and Deputy Attorney
General.  We have referred these documents to the Office of
Information and Privacy (which processes such documents) for
direct response to you.  We have also located documents which
originated in the Office of Legal Counsel and State Department
and have referred those documents to those agencies for direct
response to you.

You have a right to an administrative appeal of this partial
denial of your request.  Department regulations provide that such
appeals must be filed within sixty days of your receipt of this
letter.  28 C.F.R. 16.9.  Your appeal should be addressed to: The
Office of Information and Privacy, United States Department of
Justice, Flag Building, Suite 570, Washington, D.C. 20530.  Both
the envelope and the letter should be clearly marked with the
legend "FOIA Appeal."  If you exercise this right and your appeal
is denied, you also have the right to seek judicial review of
this action in the federal judicial district (1) in which you
reside, (2) in which you have your principal place of business,
(3) in which the records denied are located, or (4) for the
District of Columbia.  If you elect to file an appeal, please
include, in your letter to the Office of Information and Privacy,
the Criminal Division file number that appears above your name in
this letter.

Sincerely,

Thomas J. McIntyre, Chief
Freedom of Information/Privacy Act Unit
Office of Enforcement Operations
Criminal Division

2

SCHEDULE OF DOCUMENTS WITHHELD IN FULL
(Refer to Body of Letter for Full Description of (Exemptions)

24.  Fax Transmittal, Secretaria De Relaciones Exteriores to Mary Lee Warren, March 19, 1995.  Withheld in full pursuant to FOI exemption 5 U.S.C. 552(b)(5).

Exhibit B

**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

AUG 2 3 2007

Mr. Richard Isasi
98-A-1899                              Re:    AG/06-R0009
Attica Correctional Facility                   DAG/06-R0021
Attica, NY 14011-0149                          CLM:TEH:GEB

Dear Mr. Isasi:

        This is a final response to your Freedom of Information Act/Privacy Act (FOIA/PA)
request dated June 3, 2003, in which you requested certain records pertaining to yourself. On
September 27, 2005, the Criminal Division of the Department of Justice referred your request
and six documents, totaling thirteen pages, to this Office for processing and direct response to
you. Your request and the referred documents were received in this Office on October 4, 2005.
This response is made on behalf of the Offices of the Attorney General and Deputy Attorney
General.

        Please find enclosed five documents, totaling eleven pages, that are responsive to your
request. I have determined that these documents are appropriate for release without excision.
We are withholding one document, totaling two pages, on behalf of the Criminal Division
pursuant to Exemption 5 of the FOIA, 5 U.S.C. § 552(b)(5). Exemption 5 pertains to certain
inter- and intra- agency communications protected by deliberative and attorney work product
privileges.

        If you are not satisfied with my action on your request, you may administratively appeal
from this partial denial by writing to the Director, Office of Information and Privacy, United
States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC
20530-0001, within sixty days from the date of this letter. Both the letter and the envelope
should be clearly marked "Freedom of Information Act Appeal."

                              Sincerely,

                              Thomas E. H
                                     for

                              Carmen L. Mallon
                              Chief of Staff

Enclosures

Exhibit C

Director. Office of Information and Privacy

United States Department of Justice.

Suited 11050

1425 New York Avenue. N.W. Washington. DC 20530-0001.

Re: "Freedom of Information Act Appeal"   RE: AG 106-R0009
DAG 106-R0021
CLM: TEH: GEB.

Dear Director:

I hereby appeal the denial of access regarding my request. Which was made on June 3, 2003 and sent to the Offices of the Attorney General and Deputy Attorney General for response. On September 27, 2005. By the Criminal Division of the Department of Justice.

The Act authorize the Appellant to treat the failure of this Federal Agencies to Act on my request. Dated June 3, 2003. See. attached.

The records that were denied include two pages that fall within the "Deliberate process privilege" of the Freedom of Information Act F.O.I.A. Pursuant to Exemption 5 of the FOIA. 5 U.S.C. § 552(b)(5), The document must be "both" Predecisional and Deliberative. and the exemption should not apply in this circumstances

I hereby appeal this denial.

I expect a response within 20 working days, as the law provides

Very truly yours.

R. Isasi

Richard Isasi # 98A1899
Attica Correctional Facility.
P.O. Box 149
Attica. New York. 14011-0149.

Dated August 13, 2007

ac R1
File.

## Certificate Of Service

I Richard Isasi _____, hereby certify under penalty of perjury that on August 13, 2007. I served by United States Mail a copy of the "Appeal letter" with attached letter by the office of the Attorney General and served by the Attica Legal Mail System on:

Office of Information and Privacy, Director
United States Department of Justice
suite 11050
1425 New York Avenue NW
Washington DC 20530-0001
"Freedom of Information Act Appeal"

R. Isasi
_____
Richard Isasi # 98A1899
Attica Correctional Facility
P.O. Box 149
Attica New York 14011-0149

dc. 121
File

**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*


**SEP - 6 2007**

Mr. Richard Isasi
No. 98-A-1899
Attica Correctional Facility
Post Office Box 149
Attica, NY 14011-0149

        Re: Request No. AG/06-R0009

Dear Mr. Isasi:

        This is to advise you that your administrative appeal from the action of the Office of
Information and Privacy's Initial Request Staff, acting on behalf of the Office of the Attorney
General was received by this Office on August 22, 2007

        Another part of the Office of Information and Privacy has the responsibility of
adjudicating such appeals and has a substantial backlog of pending appeals received prior to
yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a
general practice of assigning appeals in the approximate order of receipt. Your appeal has been
assigned number **07-2257**. Please mention this number in any future correspondence to this
Office regarding this matter.

        We will notify you of the decision on your appeal as soon as we can. The necessity of
this delay is regretted and your continuing courtesy is appreciated.

                                Sincerely,

                                Priscilla Jones
                                Supervisory Administrative Specialist

**U.S. Department of Justice**

Office of Information and Privacy

_____

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

SEP - 6 2007

Mr. Richard Isasi
No. 98-A-1899
Attica Correctional Facility
Post Office Box 149
Attica, NY 14011-0149

     Re: Request No. DAG/06-R0021

Dear Mr. Isasi:

     This is to advise you that your administrative appeal from the action of the Office of Information and Privacy's Initial Request Staff, acting on behalf of the Office of the Deputy Attorney General was received by this Office on August 22, 2007

     Another part of the Office of Information and Privacy has the responsibility of adjudicating such appeals and has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **07-2258**. Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

               Sincerely,

               Priscilla Jones
               Supervisory Administrative Specialist

Exhibit D

**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                 _Washington, D.C. 20530_

SEP 2 8 2007

Mr. Richard Isasi                    Re:    Appeal Nos. 07-2257 & 07-2258
DIN 98-A-1899                               Request No. AG/06-R0009 &
Attica Correctional Facility                DAG/06-R0021
Post Office Box 149                         KAH:REG
Attica, NY 14011-0149

Dear Mr. Isasi:

You appealed from the action of the Office of Information and Privacy's Initial Request Staff, acting on behalf of the Offices of the Attorney General and Deputy Attorney General, on documents referred by the Criminal Division of the U.S. Department of Justice in response to your request for access to records pertaining to your extradition from Mexico. I note that you have limited your appeal to the two pages that were withheld in full.

After carefully considering your appeal, I am affirming the Initial Request Staff's action on the two pages at issue in your appeal. The Initial Request Staff properly withheld certain information that is protected from disclosure under the Freedom of Information Act pursuant to 5 U.S.C. § 552(b)(5), which concerns certain inter-and intra-agency communications protected by the deliberative process and attorney work-product privileges.

If you consider my response to be a denial of your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Janice Galli McLeod
Associate Director

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

*I*

*07-2015*
*RBW*

## I (a) PLAINTIFFS

Richard Isasi

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro Se (PO)

### DEFENDANTS

Office of the Attorney General, et al.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

#98A1899

Case: 1:07-cv-02015
Assigned To : Walton, Reggie B.
Assign. Date : 11/07/2007
Description: FOIA/PRIVACY ACT

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
   Plaintiff

☐ 3 Federal Question
   (U.S. Government Not a Party)

☒ 2 U.S. Government
   Defendant

☐ 4 Diversity
   (Indicate Citizenship of Parties
   in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust

☐ 410 Antitrust

### ☐ B. Personal Injury/ Malpractice

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other)  OR  ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

5

| ☐ **G.** *Habeas Corpus/ 2255* | ☐ **H.** *Employment Discrimination* | ☑ **I.** *FOIA/PRIVACY ACT* | ☐ **J.** *Student Loan* |
|---|---|---|---|
| ☐ **530** Habeas Corpus-General<br>☐ **510** Motion/Vacate Sentence | ☐ **442** Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ **895** Freedom of Information Act<br>☐ **890** Other Statutory Actions<br>(if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ **152** Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ **K.** *Labor/ERISA (non-employment)* | ☐ **L.** *Other Civil Rights (non-employment)* | ☐ **M.** *Contract* | ☐ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ **710** Fair Labor Standards Act<br>☐ **720** Labor/Mgmt. Relations<br>☐ **730** Labor/Mgmt. Reporting & Disclosure Act<br>☐ **740** Labor Railway Act<br>☐ **790** Other Labor Litigation<br>☐ **791** Empl. Ret. Inc. Security Act | ☐ **441** Voting (if not Voting Rights Act)<br>☐ **443** Housing/Accommodations<br>☐ **444** Welfare<br>☐ **440** Other Civil Rights<br>☐ **445** American w/Disabilities-Employment<br>☐ **446** Americans w/Disabilities-Other | ☐ **110** Insurance<br>☐ **120** Marine<br>☐ **130** Miller Act<br>☐ **140** Negotiable Instrument<br>☐ **150** Recovery of Overpayment & Enforcement of Judgment<br>☐ **153** Recovery of Overpayment of Veteran's Benefits<br>☐ **160** Stockholder's Suits<br>☐ **190** Other Contracts<br>☐ **195** Contract Product Liability<br>☐ **196** Franchise | ☐ **441** Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☑ **1** Original Proceeding  ☐ **2** Removed from State Court  ☐ **3** Remanded from Appellate Court  ☐ **4** Reinstated or Reopened  ☐ **5** Transferred from another district (specify)  ☐ **Multi district Litigation**  ☐ **7** Appeal to District Judge from Mag. Judge

---

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

5 USC 552 (FOIA)

---

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23  **DEMAND $** 0  Check YES only if demanded in complaint **JURY DEMAND:** ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☑ YES  ☐ NO  If yes, please complete related case form.

**DATE** 11/6/07  **SIGNATURE OF ATTORNEY OF RECORD** NCD

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.