# UNITED STATES DISTRICT COURT

District of __COLUMBIA__

FILED
NOV 0 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_Richard Isasi_

Plaintiff

V.

_Office of the Attorney General and Office of the Deputy Attorney General._

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 07 2015

I, _Richard Isasi_ declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant/respondent  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)
    If "Yes," state the place of your incarceration _Attica Correctional Facility. P.O. Box 149. New York_.
    Are you employed at the institution? _No_   Do you receive any payment from the institution? _$2.25 x 2 Week_
    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No
    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
    _5 Star Trucking Co. January 1987 to 1989.  $2,500.00_

3. In the past 12 twelve months have you received any money from any of the following sources?
    a. Business, profession or other self-employment   ☐ Yes   ☑ No
    b. Rent payments, interest or dividends              ☐ Yes   ☑ No
    c. Pensions, annuities or life insurance payments    ☐ Yes   ☑ No
    d. Disability or workers compensation payments       ☐ Yes   ☑ No
    e. Gifts or inheritances                             ☐ Yes   ☑ No
    f. Any other sources                                 ☐ Yes   ☑ No

RECEIVED
OCT 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

3

## Certificate of Service

―――――――――――――――――― x
Richard Isasi
             Plaintiff.

     v.

Office of the Attorney General
and Office of the Deputy Attorney
General.
             Defendants.
―――――――――――――――――― v

I, Richard Isasi, hereby certify under penalty of perjury that on October 17, 2007, I served by United States Mail a copy of the Complaint with Exhibit Attached, the Application to Proceed in Forma Pauperis from this Court and the Application of Three-Judge cases, and served by Regular Mail by the Attica Legal Mail System at:

Clerk's Office
United States District Court
For the District of Columbia.
U.S. Courthouse.
333 Constitution Avenue. NW.
Washington. DC. 20001.

U.S. Mail Postage
Pre-Paid.

                                    _____
                                    Richard Isasi Pro se

cc: R1
File.

UNITED STATES DISTRICT COURT
_FOR THE District of Columbia_

_Richard Isasi_

Plaintiff
-vs-

_Office of the Attorney General_
_Helaine Ann Dustan, Deputy Director._
_Office of the Deputy Attorney General_
_Helaine Ann Dustan, Deputy Director_

Defendant(s)

REQUEST TO PROCEED
*IN FORMA PAUPERIS*

I, _Richard Isasi_, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   _No_

2. If you are **NOT PRESENTLY EMPLOYED:**
   a) state the date of start and termination of your last employment
   b) state your earnings per month.
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

   _5 Star Trucking Co. January 1987 to 1989. $2,500 per month_

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   _No_

   a) Are you receiving any public benefits?         ☒ No  ☐ Yes, $ _____
   b) Do you receive any income from any other source?  ☒ No  ☐ Yes, $ _____

4. Do you have any money, including any money in a checking or savings account? If so, how much?

_____ NO _____

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☑ No  ☐ Yes, _____

6. List the person(s) that you pay money to support and the amount you pay each month.

_____ NO _____

_____

7. Do you pay for rent or for a mortgage? If so, how much each month?

_____ NO _____

8. State any special financial circumstances which the Court should consider.

My sister she care of me and support me with $100.00 when I need for my buy there food and personal care.

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: October 9 2007            _____
                                              (signature)

rev. 7/2002

```
DIN - 98A1899     FULL NAME - ISASI RICHARD
SHORT NAME - RISA    NYSID - 5554475H    LOCATION - 0C-27-31S
FROM FACILITY - 24     DATE OF ADMISSION - 05/08/98
  TO FACILITY -       TYPE -     DATE OUT -              D.O.B. - 08/28/54
BUYDAY - L   COMM BUYLIST AMT -            INMATE SPENDABLE -        85.38
WRK RLSE ST-    START-        TERM-           EARLIEST RELSE DTE- 07-01-2168
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
    CURRENT BALANCE-         215.41    BALANCE FORWARD -      159.59   LAG DAYS
   WORK RELEASE LTD-           0.00         PAYROLL MTD -        4.50       15
    COMM FOR PERIOD-           0.00            COMM MTD -       42.71
   DISBURSEMENTS MTD-         48.68        RECEIPTS MTD -      104.50   LAG AMOUNT
                                                                            11.98

   DATE     REASON     COMMENT         COUNTY/ORI    CASE      TOTAL    COLLECTED
 02/13/07  USDC EDNY   03CV2912                                455.00      118.14
 07/12/07  OTHER STATE 062222                                  350.00       11.89


TOT ADV/ENC:       805.00  TOT ADV/ENC COLLECT:      130.03
  ADD'L ENC - <PF1>    TRANS HIST - <PF5>    121-DISP. - <PF9>     MENU - <PF12>
```

*[signature]*

```
                        STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                                ATTICA
                                        CORRECTIONAL FACILITY
                        INMATE STATEMENT FOR THE PERIOD 08/01/07 THRU 08/31/07
*************************************************************************************
* NAME:ISASI RICHARD            DEPT ID:98A1899    CELL LOC:0C-27-31S  NYSID:5554475H *
*************************************************************************************

FACILITY  DATE      ---- TRANSACTION ----    TR-NUM    RECEIPT(+)  DISBURS(-)  COLLECTED AMT  STATEWIDE
                        (COMMENTS)                                                            SPENDABLE
          STARTING BALANCE AT ATTICA                                              113.18         46.41
          BALANCE FORWARD
ATTICA  08/01/07  POSTAGE                                              1.41          .00         45.00     158.18
ATTICA  08/02/07  PAYROLL RCPT             043899         2.25                       .45         46.80     160.43
ATTICA  08/03/07  PAY ENC-OTHER(LL       )                              3.60        3.60-        46.80     156.83
ATTICA  08/06/07  COMM BUY                                             42.71          .00         4.09     114.12
ATTICA  08/06/07  COPIES                                                 .96          .00         3.13     113.16
ATTICA  08/09/07  PAYROLL RCPT             043899         2.25                       .00         5.38     115.41
ATTICA  08/15/07  MAIL RECEIPT             D110940      100.00                     20.00        85.38     215.41
ATTICA  08/15/07  COPIES        (LL      )                             1.36           .00       84.02     214.05
ATTICA  08/15/07  COPIES        (LL      )                              .32           .00       83.70     213.73
ATTICA  08/16/07  PAYROLL RCPT             043899         2.25                       .45        85.50     215.98
ATTICA  08/20/07  COMM BUY                                             50.25          .00       35.25     165.73
ATTICA  08/20/07  POSTAGE                                               5.38          .00       29.87     160.35
ATTICA  08/23/07  PAYROLL RCPT             043899         2.25                       .45        31.67     162.60
ATTICA  08/30/07  PAYROLL RCPT             043899         2.25                       .45        33.47     164.85

          MONTHLY ENDING TOTALS                           111.25      105.99     131.38         33.47     164.85

          ENDING BALANCE AT ATTICA                                                                         164.85

          20% OF AVERAGE 6 MO SPENDABLE BALANCE     6.58    20% OF AVERAGE 6 MO DEPOSIT AMT    19.31

          LAGGED PAYROLL, DAYS LAGGED - 15  AMOUNT LAGGED - 11.98
          THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY

------------------------------ ENCUMBRANCE BREAKDOWN ---------------------------------
--- REASON ---   DATE IMPOSED   --- NOTES ---  TOTAL OWED  COL MTDATE  COL TO-DATE  BALANCE DUE  CNTY/ORI CASE
FED FILE FEE USDCEDNY  02/13/07   03CV2912        455.00       21.80      119.49      335.51
FED FEE OTHER STATES   07/12/07   062222          350.00         .00       11.89      338.11

    * ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

*[signature: R. Isasi]*

```
                    STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                   ATTICA CORRECTIONAL FACILITY
                        INMATE STATEMENT FOR THE PERIOD 06/30/07 THRU 07/31/07
**********************************************************************************
* NAME:ISASI RICHARD              DEPT ID:98A1899    CELL LOC:0C-36-12S  NYSID:55544175H *
**********************************************************************************

FACILITY    DATE       ---- TRANSACTION ----    TR-NUM      RECEIPT(+)  DISBURS(-)  STATEWIDE   STATEWIDE
                         (COMMENTS)                                     COLLECTED AMT SPENDABLE  ACCT BAL
            STARTING BALANCE AT ATTICA                                                  20.30     95.88
            BALANCE FORWARD                                                              75.58
ATTICA   07/03/07  MAIL RECEIPT             D107971      120.00                         116.30   215.88
ATTICA   07/05/07  PAYROLL RCPT             043899         2.25                          24.00   118.10  218.13
ATTICA   07/06/07  COPIES       (LL                                    .45              117.38   217.41
ATTICA   07/12/07  BEG ENC-WDNY ( $350.00)                              .00              117.38   217.41
ATTICA   07/12/07  DEL ENC-USDC (07CV0408A )                .72         .16              117.22   217.41
ATTICA   07/12/07  BEG ENC-C-OTH($350.00)                               .16-             117.38   217.41
ATTICA   07/12/07  PAYROLL RCPT             062222                   11.89              105.49   219.21
ATTICA   07/19/07  PAYROLL RCPT             043899         1.80      11.89-  .36         106.93   221.46
ATTICA   07/23/07  PAYROLL RCPT             043899         2.25               .45        108.73   163.28
ATTICA   07/25/07  COMM BUY                                         58.18     .00        50.55    161.92
ATTICA   07/25/07  COPIES                                            1.36     .00        49.19    159.68
ATTICA   07/26/07  COPIES                                            2.24     .00        46.95    161.93
ATTICA   07/30/07  PAYROLL RCPT             043899         2.25               .45        48.75    159.59
ATTICA   07/30/07  POSTAGE                                             .34    .00        48.41    159.59
ATTICA   07/30/07  COPIES       (LL                                   2.00    .00        46.41    159.59

                MONTHLY ENDING TOTALS                  128.55       64.84   113.18       46.41

                       ENDING BALANCE AT ATTICA                                                  159.59
             20% OF AVERAGE 6 MO SPENDABLE BALANCE  5.58   20% OF AVERAGE 6 MO DEPOSIT AMT   15.90

             LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED -   11.98
             THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY

---- REASON ----         DATE IMPOSED   --- NOTES ---  ENCUMBRANCE BREAKDOWN -----------------------
FED FILE FEE USDCEDNY      02/13/07      03CV2912       TOTAL OWED  COL MTDATE  COL TO-DATE  BALANCE DUE  CNTY/ORI CASE
OTHER                      05/22/07      LL                455.00      25.71       97.69       357.31
FED FEE OTHER STATES       07/12/07      062222              3.60         .00        3.60           .00
                                                           350.00       11.89       11.89       338.11

* ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

```
                           STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                          ATTICA CORRECTIONAL FACILITY
                                INMATE STATEMENT FOR THE PERIOD 06/01/07 THRU 06/29/07
****************************************************************************************
* NAME: ISASI RICHARD              DEPT ID: 98A1899        CELL LOC:0A-12-15S NYSID:5554475H *
****************************************************************************************

FACILITY  DATE     ---- TRANSACTION ----   TR-NUM   RECEIPT(+)  DISBURS(-)  COLLECTED AMT  STATEWIDE   STATEWIDE
                       (COMMENTS)                                                          SPENDABLE   ACCT BAL
          STARTING BALANCE AT ATTICA                                              53.90       2.74       56.64
          BALANCE FORWARD

ATTICA   06/05/07  COPIES         (LL                              1.52             .00       1.22       55.12
ATTICA   06/07/07  PAYROLL RCPT           043899      1.80                          .36       2.66       56.92
ATTICA   06/14/07  PAYROLL RCPT           043899      2.25                          .45       4.46       59.17
ATTICA   06/18/07  COPIES         (LL                               .24             .00       4.22       58.93
ATTICA   06/19/07  PAY ENC-OTHER(LL                                1.92             .00       4.22       57.01
ATTICA   06/20/07  MAIL RECEIPT           DI08535   100.00                       21.89-      82.33     157.01
ATTICA   06/21/07  POSTAGE                                         5.21             .00      77.12     151.80
ATTICA   06/21/07  PAYROLL RCPT           043899      2.25                          .45      78.92     154.05
ATTICA   06/22/07  COPIES         (LL                              1.36             .00      77.56     152.69
ATTICA   06/28/07  COMM BUY                                       59.06             .00      18.50      93.63
ATTICA   06/28/07  PAYROLL RCPT           043899      2.25                          .45      20.30      95.88

                   MONTHLY ENDING TOTALS                108.55    69.31           75.58      20.30      95.88

                   ENDING BALANCE AT ATTICA                                                              95.88
                   20% OF AVERAGE 6 MO SPENDABLE BALANCE     4.20    20% OF AVERAGE 6 MO DEPOSIT AMT    11.87

                   LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED - 11.98
                   THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY

------------------------------------  ENCUMBRANCE BREAKDOWN  ------------------------------------
---  REASON ---        DATE IMPOSED    --- NOTES ---    TOTAL OWED   COL MTDATE   COL TO-DATE   BALANCE DUE   CNTY/ORI CASE
FED FILE FEE USDCEDNY    02/13/07       03CV2912          455.00       20.90        71.98        383.02
OTHER                    05/22/07       LL                  3.60        2.70         3.60           .00

* ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

```
                    STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                ATTICA CORRECTIONAL FACILITY
                      INMATE STATEMENT FOR THE PERIOD 05/01/07 THRU 05/31/07
****************************************************************************
*  NAME:ISASI RICHARD          DEPT ID:98A1899    CELL LOC:0A-12-15S  NYSID:5554475H  *
****************************************************************************

FACILITY  DATE     ---- TRANSACTION ----   TR-NUM    RECEIPT(+)  DISBURS(-)  COLLECTED AMT  STATEWIDE   STATEWIDE
                        (COMMENTS)                                                          SPENDABLE   ACCT BAL
                   STARTING BALANCE AT ATTICA                                    50.18        81.52     131.70
                   BALANCE FORWARD
ATTICA  05/03/07  COMM BUY                                         50.38          .00        31.14      81.32
ATTICA  05/03/07  POSTAGE                                           5.36          .00        25.78      75.96
ATTICA  05/03/07  COPIES                                             .24          .00        25.54      75.72
ATTICA  05/03/07  PAYROLL RCPT       (LL)                                         .45        27.34      77.17
ATTICA  05/08/07  POSTAGE                                            .36          .45        26.98      77.61
ATTICA  05/10/07  PAYROLL RCPT              043899      2.25                      .00        28.78      79.86
ATTICA  05/16/07  STRT ADV-POSTG ( $1.17)                                         .00        28.78      79.86
ATTICA  05/16/07  COMM BUY                                         27.50          .00        28.78      79.86
ATTICA  05/17/07  COPIES                                            1.20          .00         1.28      52.36
ATTICA  05/17/07  PAYROLL RCPT       (LL)   043899      2.25                      .00         1.28      52.36
ATTICA  05/17/07  PAY ADV-POST (2007-05-16)                         1.17         1.27          .08      51.16
ATTICA  05/17/07  PAY ADV-POST (2007-05-16)                          .10         1.17-        1.06      53.41
ATTICA  05/18/07  BEG ENC-OTHER( $1.92)                                          1.10-        1.06      52.24
ATTICA  05/22/07  BEG ENC-OTHER( $3.60)                                          1.06         1.06      52.14
ATTICA  05/24/07  PAYROLL RCPT              043899      2.25                      .00          .00      52.14
ATTICA  05/31/07  PAYROLL RCPT              043899      2.25                      .90         1.35      54.39
                                                                                  .86         2.74      56.64

                   MONTHLY ENDING TOTALS                11.25     86.31          53.90        2.74      56.64

                   ENDING BALANCE AT ATTICA                                                              56.64

            20% OF AVERAGE 6 MO SPENDABLE BALANCE     7.14     20% OF AVERAGE 6 MO DEPOSIT AMT   11.89

            LAGGED PAYROLL, DAYS LAGGED -  15  AMOUNT LAGGED -  11.98
            THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY

---- REASON ----      ---- DATE IMPOSED ----    ---- NOTES ----    ENCUMBRANCE BREAKDOWN ----
                                                                   TOTAL OWED    COL MTDATE    COL TO-DATE    BALANCE DUE    CNTY/ORI CASE
FED FILE FEE USDCEDNY     02/13/07                03CV2912            455.00         .90          51.08         403.92
OTHER                     05/18/07                LL                    1.92        1.92           1.92            .00
OTHER                     05/22/07                LL                    3.60         .90            .90           2.70

* ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

*[signature]*

```
                    STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                  ATTICA CORRECTIONAL FACILITY
                      INMATE STATEMENT FOR THE PERIOD 03/31/07 THRU 04/30/07
******************************************************************************
* NAME:ISASI RICHARD              DEPT ID:98A1899    CELL LOC:0A-12-15S  NYSID:5554475H *
******************************************************************************

FACILITY  DATE      ---- TRANSACTION ----           TR-NUM    RECEIPT(+)  DISBURS(-)  COLLECTED AMT  STATEWIDE    STATEWIDE
                      (COMMENTS)                                                                     SPENDABLE    ACCT BAL
          STARTING BALANCE AT ATTICA                                                     29.28         13.00        42.28
          BALANCE FORWARD
ATTICA   04/05/07  PAYROLL RCPT                     043899      2.25                       .45         14.80        44.53
ATTICA   04/06/07  COPIES   (2/20/07     )                                  2.88         11.92         11.92        41.65
ATTICA   04/09/07  STRT ADV-COMER ( $12.46)                                                .00           .00        41.65
ATTICA   04/09/07  BEG ENC-OTHER( $1.20)                                                   .99                      43.90
ATTICA   04/12/07  PAYROLL RCPT                     043899      2.25                     12.46          1.26        31.44
ATTICA   04/12/07  PAY ADV-COMM (2007-04-09)                                12.46          .00                      31.44
ATTICA   04/16/07  COPIES                                                    .80          1.26           .46        30.64
ATTICA   04/19/07  BEG ENC-OTHER( $1.44)                                                   .00           .46        32.89
ATTICA   04/19/07  PAYROLL RCPT                     043899      2.25                     21.29         80.52       132.89
ATTICA   04/20/07  MAIL RECEIPT                     C916490    100.00                      .00         79.72        79.72       132.09
ATTICA   04/20/07  COPIES                                                    .80           .90         79.72       130.89
ATTICA   04/24/07  MOD ENC-OTHER(LL COPIES     )                            1.20          1.20-        79.72       129.45
ATTICA   04/24/07  PAY ENC-OTHER(LL COPIES     )                                          1.44-                     129.45
ATTICA   04/24/07  PAY ENC-OTHER(LL COPIES     )                            1.44           .45
ATTICA   04/26/07  PAYROLL RCPT                     043899      2.25                     81.52        131.70

          MONTHLY ENDING TOTALS                                109.00      19.58         50.18         81.52       131.70

          ENDING BALANCE AT ATTICA                                                                                  131.70

          20% OF AVERAGE 6 MO SPENDABLE BALANCE       7.57   20% OF AVERAGE 6 MO DEPOSIT AMT  13.87

          LAGGED PAYROLL, DAYS LAGGED - 15   AMOUNT LAGGED -  11.98
          THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY

---  REASON  ---    ---  DATE IMPOSED  ---  ---  NOTES  ---   ---- ENCUMBRANCE BREAKDOWN ----
                                                              TOTAL OWED  COL MTDATE   COL TO-DATE  BALANCE DUE  CNTY/ORI CASE
FED FILE FEE USDCEDNY    02/13/07             03CV2912         455.00       20.90       50.18        404.82
*OTHER                   04/09/07             LL COPIES          1.20        1.20        1.20           .00
*OTHER                   04/19/07             LL COPIES          1.44        1.44        1.44           .00

* ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

*[signed] R. Isasi*