UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD ISASI<br># 98A1899<br>Attica Correctional Facility<br>P.O. Box 149<br>Attica, NY 14011-0149<br><br>    Plaintiff,<br><br>  v.<br><br>OFFICE OF THE ATTORNEY GENERAL<br><br>MELANIE ANN PUSTAY, Deputy Director<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-2015 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

  The Clerk of the Court will please enter the appearance of Claire M. Whitaker, Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

             Respectfully submitted,

              /s/
             CLAIRE WHITAKER, D.C. Bar # 354530
             Assistant United States Attorney
             United States Attorney's Office
             555 4th Street, N.W.
             Room E-4204
             Washington, D.C. 20530
             (202) 514-7137

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class Mail, postage prepaid to:

RICHARD ISASI
# 98A1899
Attica Correctional Facility
P.O. Box 149
Attica, NY 14011-0149

on this _____ day of November, 2007.

                                          /s/
                                  CLAIRE WHITAKER
                                  Assistant United States Attorney
                                  United States Attorney's Office
                                  555 4th Street, N.W.
                                  Room E-4204
                                  Washington, D.C. 20530
                                  (202) 514-7137