**U.S. Department of Justice**
United States Marshals Service

# NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of **Columbia** _____

TO:
Melaine Ann Pustay - DOJ
Office of Information and Privacy
suite 570, Flag Bldg.
Washington, DC 20530-00001

Civil Action, File Number **CA-07-2015 RBW**

**Richard Isasi**
V.
**Office of the Attorney General**, et

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If ____ must indicate under your signature your authority.

07-2015      11-8-07      BB

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:
Melaine Ann Pustay

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  NOV 1 3 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number
Transfer from service label)   7007 0710 0004 6579 1347

Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

____ days, you (or the party on whose behalf you complaint in any other manner permitted by law.

____ behalf you are being served) must answer the ____ ment by default will be taken against you for the

____ ceipt of Summons and Complaint By Mail was

_____
(USMS Official)

**ID COMPLAINT**
he complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Copy 4 - USMS District Suspense                    Form USM-299

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Office of the Deputy Atty General
DOJ Office of Information & Privacy
Suite 570, Flag Bldg.
Washington, DC 20530-0001

Civil Action, File Number __CA-07-2015 RBW__

__Richard Isasi__
V.
__Office of the Attorney General, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

07-2015     11-8-07   BB

_____ days, you (or the party on whose behalf you ...complaint in any other manner permitted by law.

...pse behalf you are being served) must answer the ...ment by default will be taken against you for the

...ceipt of Summons and Complaint By Mail was

(USMS Official)

ND COMPLAINT

the complaint in the above captioned manner at

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Office of the Deputy
Att Genral

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Garnett Parks_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): NOV 13 2007
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 0710 0004 6579 1330

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)