UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD ISASI, | ) |
|       Plaintiff, | ) |
| v. | ) Civ. Action No. 07-2015 (RBW) |
| OFFICE OF THE ATTORNEY GENERAL *et al.*, | ) |
|       Defendants. | ) |

ORDER

This case brought under the Freedom of Information Act, 5 U.S.C. § 552 (2002), was assigned to the undersigned judge because it is related to *Isasi v. Jones*, Civ. Action No. 06-2222. In both cases, plaintiff was granted leave to proceed *in forma pauperis* (IFP). The Court recently determined in the earlier case, that plaintiff is barred from proceeding IFP by the so-called three-strike provision codified at 28 U.S.C. § 1915(g) (2006). Accordingly, it is

ORDERED that the Order granting plaintiff's motion for leave to proceed *in forma pauperis* in this case [Dkt. No. 5] is VACATED; and it is

FURTHER ORDERED that within 30 days of this Order, plaintiff shall pay to the Clerk of Court the filing fee of $350 to maintain this action or suffer dismissal of the case.

                                                          _____s/_____
                                                          Reggie B. Walton
                                                          United States District Judge

Date: December 18, 2007