UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RICHARD ISASI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 07-2015 (RBW) |
| | ) | |
| OFFICE OF THE | ) | |
| ATTORNEY GENERAL *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER

Defendants move to consolidate this action brought under the Freedom of Information Act, 5 U.S.C. § 552 (2002), with *Isasi v. Jones*, Civ. Action No. 06-2222, claiming that the cases present the same claims. Pursuant to the Order of December 18, 2007, plaintiff recently paid the filing fee for this action and for 06-2222. Accordingly, it is

ORDERED that by February 15, 2008, plaintiff shall respond to defendants' motion to consolidate or the Court will treat the motion as conceded and consolidate the cases.

_____s/_____
Reggie B. Walton
United States District Judge

Date: January 31, 2008