United States District Court
for the District of Columbia.

Richard Isasi

       Plaintiff

v.

Office of the Attorney General, et al.

       Defendants.

Leave to file is granted.
Judge Walton
2/18/08

Civil Action #07-2015 (RBW)
F.R.C.P. Rule 55.

## Default Judgment Motion

This action having been brought on October 9, 2007, by the filing of a summons and complaint having been served on Defendants:

Office of the Attorney General, Melanie Ann Pustay, Deputy Director.

The Court authorized the United States Marshals to complete service of process. The original summons and an affidavit of service were filed in this Court, and it now appearing that this Defendant has not appeared, answered, or made any motion herein, and it further appearing that Defendants are not in the Military service of the United States.

Plaintiff's affidavit for default is filed, that the answer or other response to the complaint shall be filed by DECEMBER 14, 2007, and the Court has not ruled yet on Defendant's Motion.

Upon reading the attached Affirmation of Richard Isasi, dated FEBRUARY 11, 2008, and the Certificate of Nancy Mayer Whittington, Clerk of the Court, noting the default of the Office of the Attorney General, Melanie Ann Pustay, Director, for failure to appear, answer, or plead in the above-entitled action, it is, Ordered, Adjudged, and Decreed that Plaintiff recover for the Defendants the damages he suffered together with interest, costs and disbursements of this action, together with reasonable attorneys' fees, and it is further Ordered, Adjudged, and Decreed that this matter be referred to a United States Magistrate Judge to determine the amount of damages, and it further Ordered, Adjudged and Decreed that Plaintiff have Judgment against Defendant in the liquidated amount of $10,000,000 USD for each defendant and

Compensatory Damages in the amount of $1,000,000 USD for each defendant and Punitive Damages in the amount of $1,000,000 USD for each Defendant.

ORDERED, that at such inquest the Court shall assess damages sustained by Plaintiff including interest, costs and reasonable Attorneys' fees. And that the Court shall enter Judgment accordingly.

Dated February 11, 2008
Wyoming, New York.

_____
United States District Judge

United States District Court
For The District of Columbia

---

Richard Isasi

            Plaintiff,

   V.

Office of the Attorney General, et. al.,

           Defendants.

Civil Action No. 07-2015 (RBW)

---

## Affirmation

Plaintiff Richard Isasi, proceeding pro se, does hereby affirm under the penalty of perjury that the following is true:

1. This action was commenced on October 9, 2007, by the filing of a complaint.
2. The summons and complaint in this action were served on defendant and an affidavit of service were filed in this court.
3. The time to respond to this complaint has expired, and the defendants have not answered or made a motion. Nor has he/she been granted an extension of time. He/she is now in default.
4. The defendant is not an infant or an incompetent person, nor is he/she serving in the United States Armed Forces.
5. This court has jurisdiction over this matter by virtue of 5. U.S.C. §552 FOIA.
6. By reasons of the foregoing, plaintiff believes he has good and meritorious cause of action against defendants.
7. The demand was made for damages in the motion for default judgment. This sum is now justly due and owing and no part of it has been paid.
   In addition, the plaintiff seeks interest of this sum since the date the complaint was served.

Dated February 11, 2008
Wyoming, New York.

                                                   _R. Isasi_
                                          Richard Isasi, Pro Se.