United States District Court
for the District of Columbia

---

Richard Isasi,
       Plaintiff

    v.

Office of the Attorney General.

       Defendants

Affidavit in Support of Motion Order to Show Cause for Preliminary Injunction and Temporary Restraining Order

Civil Action No. 07-2015 (RBW)

---

Richard Isasi, being duly sworn, deposes and says:

1. I am the plaintiff in the above-entitled action, and respectfully move this Court to issue an Order to Show Cause for Preliminary Injunction and Temporary Restraining Order, pursuant to FRCP Rule 65(b) and LcvR 65.1.

                  Preliminary Statement

2. On or about June 3, 2003, the plaintiff filed his 1983 action challenging a violation of his constitutional rights to due process and equal protection of the law. See Isasi v. US Governor, 03-CV-2912.

3. The whole process of plaintiff's formal request and removal from Mexico to Texas to New Jersey and then into New York violated the Fourth, Sixth and Fourteenth Amendments. Certainly the plaintiff has a cause of action against the federal defendants involved in a such an illegal process.

4. On October 31, 2003, the District Court dismissed the plaintiff's action. Plaintiff filed a Notice of Appeals. On August 31, 2004, the United States Court or Appeals for the Second Circuit issued a Notice of Hearing, dated Wednesday, October 20, 2004.

RECEIVED
FEB 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

5. On or about August 27, 2004, defendants and State Officials removed the plaintiff from Attica Correctional Facility and transferred the plaintiff to the State of New Jersey and placed the plaintiff into Hudson County Jail from August 27, 2004, until November 20, 2004, and then returned the plaintiff to the Attica Correctional Facility.

6. A few days after plaintiff returned, plaintiff was served with his Notice of Hearing Date and other legal mail. Plaintiff was illegally removed from one State to another State. Defendants and State Officials denied plaintiff's appearance in such hearing. Order to Show Cause.

7. Federal defendant's and State Official's censorship of legal mail is a matter of the fact here to obstruct Plaintiff's efforts to obtain review of his illegal conviction.

8. On August 20, 2007, the United States Court of Appeals for the Second Circuit, denied the plaintiff's relief in an application brought under the provision of 28 USC 2254, because plaintiff's having failed to comply with the Second Circuit Local Rule 22(a), by submitting within 21 days of the initial request a motion in support, provided facts and a brief statement of reason showing that plaintiff had been denied constitutional rights. See <u>Isasi v. Herbert 01-CV-1804</u>. Plaintiff was never served with such Court Order, Order to Show Cause.

9. On October 4, 2007, plaintiff filed an action against the FBI, Federal Bureau of Investigation, pursuant to 5 USC § 552, at the United States District Court of the Western District of New York. On or about October 22, 2007, the Clerk of the Court served the plaintiff with a consent form and ordered the plaintiff to return it to the Clerk of the Court within thirty (30) days and the duty to respond to this order is mandatory. Plaintiff's case has been randomly assigned to US Magistrate Judge Leslie G. Foschio. Plaintiff from October 22, 2007, until the day of this motion in affidavit, never heard again, or was served by this court or by any Magistrate Judge decision to appeal, or the Clerk of the Court

answer any plaintiff's letter, and the filing fee was imposed on the plaintiff without any decision served by the court. Order to Show Cause.

## Conclusion

Therefore, plaintiff respectfully requests that this court could have directed the defendant to show cause for preliminary injunction and temporary restraining order, pursuant to FRCP 65(b) and LcvR 65.1, enjoining the defendants during the pendency of this action.

Wherefore, the relief sought herein should be granted in the interest of justice.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Richard Isasi, pro se

Dated February 26, 2008

# CERTIFICATE OF SERVICE

Richard Isasi

Plaintiff

v.

Office of the Attorney General.

Defendants

Docket No. 07-cv-2015 (RBW)

I, Richard Isasi, hereby certify under penalty of perjury that on February 26, 2008, I served by United States Mail a copy of Order to show Cause for Preliminary Injunction and Restraining Order w/ Affidavit in Support and Exhibit Attached. and Served by the Attica Legal Mail System at:

Clerk's Office
United States District Court
For the District of Columbia
233 Constitution Avenue. NW. Washington. DC 20001
Address

R. Isasi
Signature

United States District Court
For the District of Columbia
_____

Richard Isasi,
       Plaintiff

v.

*Office of the Attorney General.*

       Defendants

Order to Show Cause
for Preliminary Injunction and Restraining Order. LcvR 65.1(a)
Civil Action No. *07-2015 (RBW)*
_____

     Upon the affidavit of Richard Isasi, sworn to the_____day of 2008, and upon the copy of complaint hereto annexed, it is ordered that the above named defendants show cause before a motion term of this court, at Room_____, before Reggie B. Walton, U.S. D.J., United States District Court for the District of Columbia, US Courthouse, 333 Constitution Avenue NW, Washington, DC, 20001, on _____, 2008, at _____o'clock in the _____, thereof, or as soon thereafter as Counsel may be heard, why an order should not be issued pursuant to Rule 65(b), Federal Rule Civil Procedure, enjoining the defendants during the pendency of this action from requesting the Court to issue its order to show cause, restraining order and a subsequent preliminary injunction, preventing and providing substantive sanctions for any witness in the above captioned action which may be retaliatory or obstructive, relating to plaintiff's personal restraint petition; and it is further ordered, that sufficient reason having been shown. Therefore, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65(b), Federal Rule Civil Procedure, the defendants are temporarily restrained and enjoined from specifically, plaintiff requests the court to restrain and subsequently enjoin defendants and any organization the defendants

operate or control from seizing legal mail and pleading or placing plaintiff in the Special Housing Unit without just cause, or proceeding on any process against plaintiff, until the District Court determines plaintiff's personal restraint petition. Plaintiff requests the temporary restraining order be granted without prior service upon defendants as provided in the FRCP Rule 65 (b)(2); and it is further ordered that security in the amount of $ 350.000 00/12 dollars be posted by the plaintiffs and it is further ordered that personal service of a copy of this order and annexed affidavit upon the defendants or his counsel on or before _____ o'clock in the _____, on _____, 2008, shall be deemed good and sufficient service thereof.


> _____
> United States District Judge

Dated, _____
New York, New York
Issued: _____