United States District Court
FOR THE District OF COLUMBIA.

Richard Isasi

        Plaintiff.

    v.                                Civil Action No. 07-2015 (RBW)

Office of the Attorney General. et. al.
                                      RECEIVED
        DEFENDANTS
                                      MAR 2 4 2008

                                      NANCY MAYER WHITTINGTON, CLERK
                                      U.S. DISTRICT COURT

### Plaintiff's Motion in Opposition to Dismiss the case and Plaintiff's Demand For Judgment.

On December 14, 2007, Defendant Move on With a Motion to Consolidate Isasi v. Jones et. al Civil Action No. 06-2222 (RBW).

Defendant's Answer or other response to the Complaint was originally Due by December 14, 2007. The Court Never had been Rule in the Defendant's Motion.

On February 11, 2008, Plaintiff's File Opposing Motion to Consolidate and to extension of time and Default Judgment.

On February 26, 2008. Plaintiff's File Notice of Motion. Order to show cause for Preliminary Injunction and Restraining Order w/ Affidavit in Support. This court Never had rule in Plaintiff's Motion.

Finally Plaintiff's File on March 17, 2008. Another Motion for Default Judgment. The demand was made for Damages. This sum is Now Justly Due and owed and no part of it has Been Paid. Plaintiff's Demand for Judgment.

### Statement in Opposition to the Declaration of Pamela A. Roberts.

1   This Court should be Denied Defendant's Motion to Dismiss. Because it was Devoid of any Facts and was only based on Defendant's own conclusory Allegation.

2. The Defendant's declare that Plaintiff Has received the records He sought from Defendants in this case. Defendants Motion was refuted by unquestionable Documentary Proof.

3. In Fact. United States Department of State Letter dated February 14, 2008. Release of Certain Documents. But none including any Federal Warrant assigned to this Institution. Example.

A) Plaintiff's Rights for Review the Warrant signed by the Secretary of State, to to the United States Marshals Service. "Transportation" the United States Department of State refused to Release this Documents. See: Exhibit A. at Page 46. and Exhibit B. The U.S. Marshals Response.

B) Plaintiff's Rights for Review Plaintiffs Transportation Papers from Mexico to the U.S.A. Would Show How received Plaintiff's in texas. Plaintiffs How was received by the F.B.I. Who signed and allow the Plaintiff to the Local County Jail in Webb texas. The Defendants refused to release such documents, see. Exhibit C. F.B.I. Response.

C) Plaintiff's Rights for Review. Plaintiff's signed Papers in the Mexican Court all the Documents including Authorization of Extradition signed by the Mexican Judge. The Defendants refused to released such documents.

D) Plaintiff's Rights for Review any Ordering and/or letter by the President of the United States. In the matter of Plaintiff's Extradition from Mexico to the U.S.A. The Defendants refused to release such documents.

4. The Declaration Prepared by Pamela A. Roberts. Attorney for the Criminal Division. U.S. Department of Justice "D.O.J" She trying to misleading this Court. That the only Documents at issue in this case to the Plaintiff i.e. a two Pages letter.

5. This Information to the Court was incorrect and for the following reasons afore mentioned from A. to. D. this court should denied Defendants Motion.

6. The Initial Request to the Criminal Division. U.S. Department of Justice dated, May 1, 2003, The Response letter by Thomas J. McIntyre. Chief of the Free dom of Information/Privacy Act Unit, Show That His acting in a manner which was intentional see Defendants Motion Exhibit 2 and 6.

7   Plaintiff's Filed Several F.O.I.A. Request to all Federal Agencies available in the Federal System. Finally. On September 27, 2005, Thomas J. McIntyre Response to Plaintiff Request and Advised me that Plaintiffs Request has Been Referred to the Different Federal Agencies for Direct Response to the Plaintiffs.

8   Plaintiff's Request Had Been Held For More Than Twenty-Nine (29) Months By the Criminal Division, U.S. Department of Justice. That until Now the Defendants are still refusing to release Plaintiff's Documents.

It is Therefore, Contended that Dismissal in this Case is too Harsh Against Plaintiffs. The Plaintiff Will Have No Rights or Remedies. Under these Circumstances and Evidentary Allegations are true, no remedie available under the Freedom of Information Act violation.

Defendants Motion to Dismiss Should Be Denied. Plaintiff's Demand for Judgment.

I Declared under Penalty of Perjury That The Forementioned is true and Correct.

Dated: March 20, 2008
State of New York.

## Certificate of Service

Richard Isasi

    Plaintiff

    v.        Civil Action No. 07-CV-2015 (RBW)

Office of The Attorney General. et. al.

      Defendants.

I Richard Isasi, hereby certify under penalty of perjury that on March 20, 2008, I served by United States mail a copy of Motion in Opposing to Dismiss with Exhibits and served by Certified Legal Mail it.

     Clerk's Office
    United States District Court
     For the District of Columbia
   333 Constitution Avenue. NW.
   Washington. DC. 20001.

           R Isasi

Exhibit A

Page 46

40

1                    Sanchez-People-Cross

2    Justice Department the, D.E.A., apparently had notified the

3    authorities in Mexico that Mr. Richard Isasi, AKA Louis

4    Martinez was in their country.  And sometime after that, or

5    even before that, and I don't know, I was advised that

6    Richard Isasi, or the subject in our case, had been

7    apprehended and he was in Vera Cruz Mexico.

8         Subsequent to that time, and I don't certainly decide

9    when and even who goes, I was advised that we were going to

10   be going to Mexico as a result of his apprehension.  And so

11   we departed to Mexico on February 9th.  We met there with the

12   authorities.  There was a D.E.A. Rept who then met with us

13   and escorted us the following day in a D.E.A plane  to Vera

14   Cruz Mexico and that's how I came to meet Mr. Isasi.

15        Q    And then you went through, as you told us, as to

16   the giving of his rights and statement?

17        A    Absolutely.

18        Q    How long from the time you walked into the precinc:

19   in Mexico, Vera Cruz, until the time you left.

20        How long did that take?

21        A    I would say anywhere about maybe three, three and a

22   half hours from the time when we first got there.  You know,

23   I didn't get to speak to Mr. Isasi immediately upon our

24   arrival.

25        Q    Do you know if anybody had advised Mr. Isasi, if

41

1                    Sanchez-People-Cross

2    you know, that police officers from New York were coming to

3    speak to him?

4         A    Not that I am aware of sir.

5         Q    Do you know if he had asked for any counsel or

6    attorney?

7         A    Not that I am aware of, sir.

8         Q    I want to jump ahead a little bit, then I'll come

9    back.

10        When you met him in New York, when he came back to New

11   York--

HERE

12        A    Yes.

13   →    Q    You mentioned that you met him on the New York side

14   of the tunnel?

15        A    The question was when he was in custody again?

16        Q    Right.

17        A    And my response was on the New York side of the

18   Lincoln Tunnel.

19        Q    Was he delivered to you by other authorities?

20        A    Yes.

21        Q    New Jersey authorities?

22        A    Yes.

23        Q    When he was brought back to the United States, he

24   was brought back to New Jersey on the escape warrant or

25   whatever that was from the State of New Jersey?

42

1                    Sanchez-People-Cross

2       A    I believe so, yes -- oh, excuse me.

3       Q    You said he escaped from a work release program in

4   New Jersey that was the original warrant?

5       A    Right.

6       Q    When he was brought back to the United States, he

7   was brought back on that warrant, or did he come back to the

8   United States for the warrant for these homicides, if you

9   know?

10      A    I really am not one hundred percent sure as to, you

11  know, where that lies.

12      Q    But when you received custody of him, he was turned

13  over to you by the New Jersey authorities?

14      A    Correct.    ✗  *Stop*.

15      Q    Now after you received custody of him, you took him

16  where?

17      A    To the office of the Queens Homicide which is in

18  the 112th Precinct.

19      Q    Yes.  And at some point he was brought to Court?

20      A    Correct.

21      Q    That day, or the next day?

22      A    I believe it was the next day.

23      Q    And at some point a lineup was conducted as you

24  described; is that correct?

25      A    That is correct.

1                    Sanchez-People-Cross

2      Q    Did you find the fillers, or did somebody else find

3  the fillers?

4      A    I found some of the fillers.

5      Q    **Where?**

6      A    They were all over the 115th Precinct, you know,

7  Northern Boulevard, 37th Avenue.

8      Q    I know I was there mostly that day.  Any way, and

9  Ms. Figuora -- what time did Ms. Figuora arrive?

10     A    I believe she arrived just shortly before the

11 lineup was conducted.

12     Q    Did you learn that she had gone to the wrong

13 precinct by mistake that day?

14     A    I overheard that, yes.

15     Q    Eventually she came to the right precinct?

16     A    The 115th Precinct.

17     Q    Where we were?

18     A    Yeah, well I didn't see you there counsel.

19     Q    Right, right in any case?

20     A    Okay.

21     Q    She came into the precinct.

22     Do you know if anybody had any conversation with her

23 prior to the lineup?

24     A    I know myself she was in -- she was in the C-POP

25 office of the 115th Precinct, which is down the hall and as

44

1            Sanchez-People-Cross

2  you come into that second floor, you would make a right turn

3  to the detective's squad and the 115th RIP office.  And when

4  you go into the second floor, the C-POP officers, or the

5  community patrol officers is to the left.  And she was inside

6  the C-POP office.  And I know that I myself spoke to her

7  prior to going into the viewing room.

8        Q    When she was called to come down to this lineup,

9  did you or anybody to your knowledge -- well, did anybody

10 tell her that she was coming to view a lineup?

11       A    I assumed so.  She went to the wrong place, and so

12 I know I didn't notify her of such.

13       Q    Well when you first saw her, did you inform her

14 that the person that she picked out of the photo spread would

15 be in the lineup?

16       A    I would never say something like that sir.

17       Q    Do you know if anybody did?

18       A    No.

19       Q    Now when you first saw her, did you tell her how

20 the lineup would be conducted?

21       A    I simply said that she would be viewing a lineup

22 which would consist of six people.  And that I would been

23 asking her three questions.

24       Q    Which were?

25       A    Do you recognize anyone.  What number do you

45

1                         Sanchez-People-Cross

2    recognize.  From where do you recognize him.

3         Q     And than at sum point she viewed the lineup?

4         A     Correct.

5         Q     Did she answer your questions?

6         A     Yes, she did.

7         Q     What did she say?

8         A     She answered yes.  Number three, from the night of

9    the murders.

10        Q     When she said number three from the night of the

11   murder, did she say what number three had done that night, or

12   you didn't ask?

13        A     She said from the night of the murders.

14        Q     She didn't elaborate any further?

15        A     No, sir.

16               MR. WORGAN: Thank you, I have no further

17               questions.

18               THE COURT:  Any redirect.

19               MR. LASAK: Yes.

20   REDIRECT EXAMINATION

21   BY MR. LASAK:

22        Q     Just to clarify for the record.  Detective, to your

23   knowledge when the defendant Mr. Isasi was originally

24   arrested in Mexico, he was arrested on what charge?

25        A     My understanding it was a marijuana charge in

46

```
 1                    Sanchez-People-Redirect

 2   Mexico.

 3       Q      As a Mexican charge?

 4       A      Right.

 5       Q      On September 4th when you met Mr. Isasi, were the

 6   United States Marshalls present?

 7       A      Yes.

 8       Q      And were they the officials who turned his body

 9   over to you?

10       A      Yes.

11              MR. LASAK: Thank you.

12              THE COURT:  Any recross.

13              MR. WORGAN: No, thank you.

14              THE COURT:  All right, thank you Detective

15              Sanchez.

16              All right, anything else?

17              MR. LASAK: No, your Honor.

18              THE COURT:  Do you have any witnesses?

19              MR. WORGAN: No, your Honor.

20              THE COURT:  I'll reserve decision and Mr.

21              Lasak would you give me also a copy of the

22              statement in Spanish that was written out in

23              Spanish?

24              MR. LASAK: Yes.

25              THE COURT:  And a copy of the Miranda
```

47

1          Sanchez-People-Redirect

2     Warnings.  In other words, copies of two, three and

3     four.

4         It will have to be a controlled date.

5     December 4th as a control date from that point on

6     we can pick a date for trial.  December 4th.  Same

7     bail conditions.

8                *  *  *  *

9         This is to certify that the foregoing is

10    a true and accurate transcript of the original

11    stenographic record of this case.

12

13

14

15

16

17                   Michele Lisby-Smith

18                   Senior Court Reporter

19

20

21

22

23

24

25

Exhibit D

U.S. Marshals Service

RESPONSE

**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

---

*Washington, DC 20530-1000*

**MAY 1 2003**

Richard Isasi
No. 98-A-1899
Attica Correctional Facility
Attica, NY  14011-0149

Re:    **Freedom of Information/Privacy Act Request No: 2003USMS5190**
         **Subject of Request:  Self**

Dear Mr. Isasi:

Reference is made to your above-captioned request.

Pursuant to your request, the U.S. Marshals Service conducted a search of its records and files in the Eastern District of New York (where you directed your request): the Southern District of New York; the Western District of New York; the Northern District of New York; and the District of New Jersey which failed to locate any records and/or information responsive to your request.

If you are dissatisfied with my action on this request, you may appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530, within 60 days of the date of this letter.  Both the letter and the envelope should be clearly marked "Freedom of Information/Privacy Act Appeal." In the event you are dissatisfied with the results of any such appeal, judicial review will thereafter be available to you in the United States District Court for the judicial district in which you reside or have your principal place of business, or in the District of Columbia.

Sincerely,

**FLORASTINE P. GRAHAM**
**FOI/PA Officer**
**Office of General Counsel**

**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

_____

*Washington, DC 20530-1000*

JUN   3 2003

Richard Isasi
Reg. No. 98A1899
Attica Correctional Facility
POB 149
Attica, NY   14011-0149

Re:     **Freedom of Information/Privacy Act Request No: 2003USMS5542
Subject of Request:   Transportation Records**

Dear Mr. Isasi:

Reference is made to your above-captioned request.

Pursuant to your request, the U.S. Marshals Service conducted a search of its records and files in the Justice Prisoner and Alien Transportation System which failed to locate any records and/or information responsive to your request. The records retention period for transportation records is two years.

If you are dissatisfied with my action on this request, you may appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530, within 60 days of the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information/Privacy Act Appeal." In the event you are dissatisfied with the results of any such appeal, judicial review will thereafter be available to you in the United States District Court for the judicial district in which you reside or have your principal place of business, or in the District of Columbia.

Sincerely,

*Margaret Woods*

**FLORASTINE P. GRAHAM
FOI/PA Officer
Office of General Counsel**

Exhibit C

F.D.1.  FOIA Request and Responses.



**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No. 190-BF-C37666

One FBI Plaza
Buffalo, New York  14202
August 8, 2006

Mr. Richard Lsasi
#98A1899
Attica Correctional Facility
Box 149
Attica, New York  14011-0149

Dear Mr. Lsasi:

        This is in response to your Freedom of Information Act
(FOIA) request received by this Office on August 7, 2006.

        We have referred your request to FBI Headquarters
(FBIHQ) for processing.  The Record/Information Dissemination
Section (RIDS) at FBIHQ will maintain your request in the order
it was received and will assign it for processing and response in
turn.  In addition, RIDS will assign your request a FOIPA Number
and advise you of that number as soon as possible.  Any future
correspondence concerning this request should be directed to FBI
Headquarters, RID Section, 935 Pennsylvania Avenue, NW,
Washington, D.C.  20535-0001.

                            Sincerely yours,

                            LAURIE J. BENNETT
                            Special Agent in Charge

                            By:
                            PAUL MARK MOSKAL
                            Supervisory Special Agent
                            Chief Division Counsel

**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No. 190-BF-C37666

One FBI Plaza
Buffalo, New York  14202
November 13, 2007

Mr. Richard Isasi
DIN #98A1899
Attica Correctional Facility
Box 149
Attica, New York  14011

Dear Mr. Isasi:

This is in response to your Freedom of Information Act (FOIA) request dated October 22, 2007, and received by this Office on November 1, 2007.

We have referred your request to FBI Headquarters (FBIHQ) for processing. The Record/Information Dissemination Section (RIDS) at FBIHQ will maintain your request in the order it was received and will assign it for processing and response in turn. In addition, RIDS will assign your request a FOIPA Number and advise you of that number as soon as possible. Any future correspondence concerning this request should be directed to FBI Headquarters, RID Section, 935 Pennsylvania Avenue, NW, Washington, D.C.  20535-0001.

Sincerely yours,

LAURIE J. BENNETT
Special Agent in Charge

By: _Paul Mark Moskal/kay_
PAUL MARK MOSKAL
Supervisory Special Agent
Chief Division Counsel

REQUESTED BY:

OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY

050107          ████ (b)(█)          TECS II PERSON SUBJECT                PAGE    1

TECS RECORD ID: ████████████████                              SUB RECORD 01

*** NAME INFORMATION ==================================================
     NAME: ISASI DIAZ, RICHARD

ALIASES - MARTINEZ, LUIS

*** PHYSICAL CHARACTERISTICS ==========================================
DOB: 08281954 08241954
RACE: W        SEX: M  ·MAR STATUS:
EYES: BR       HAIR: BK           HT: 511              WT: 165
SCARS/MARKS/TATTOOS/ETC:

*** ADDRESS AND TELEPHONE INFORMATION =================================

*** IDENTIFYING INFORMATION ===========================================
CITIZENSHIP:  CU

     ALIEN REG #  ISSUE #  ISSUE TYPE  REG DATA
     022801088  (b)(█)                              (b)(█)

EXCLUSION CODE: ██████    CONVICTED OF A CRIME IN SITE: ████ ████ LAREDO, TX

MISCELLANEOUS NUMBERS NUMBER: ████████ (b)(█)   TYPE: ████████ NUMBER (b)(█)

*** OTHER INFORMATION =================================================

*** RECORD OWNERSHIP INFORMATION======================================
STATUS: █ SUSPECT, ALIEN                         DATE: 111104
AGENCY: ████ NAILS TO TECS MIGRATION 2004 - NAME ████████████
TELEPHONE ████████    TITLE: PROG MGR            (b)(█) +(b)(█)(█)

REMARKS: (b)(█)
ISASI TAKEN INTO CUSTODY BY FBI AGENTS ON 09/03/97. ISASI EXTRADITED FROM MEXI██
O FOR FAILURE TO APPEAR/WANTED FOR MURDER. ISASI HAS AN FBI RECORD ████████ ██
ISASI WAS PAROLED TO WEBB COUNTY JAIL, LAREDO, TEXAS, PENDING EXTRADITION TO N█
CITY(I-247 EXECUTED). ISASI IS CONSIDERED TO BE VERY DANGEROUS. ISASI WAS TRAN█
FERRED TO QUEENS COUNTY JAIL, NY, ON SEP. 04, 1997. ISASI IS ALSO KNOWN AS LUI█
MARTINEZ(DOB-08/24/54). FBI ███████████████████████████████

ISASI TAKEN INTO CUSTODY BY FBI AGENTS ON 09/03/97. ISASI EXTRADIT██ ████ ████
O FOR FAILURE TO APPEAR/WANTED FOR MURDER. ISASI HAS AN FBI RECORD ████████ (b)█
ISASI WAS PAROLED TO WEBB COUNTY JAIL, LAREDO, TEXAS, PENDING EXTRADITION TO N█
CITY(I-247 EXECUTED). ISASI IS CONSIDERED TO BE VERY DANGEROUS. ISASI WAS TRAN█
FERRED TO QUEENS COUNTY JAIL, NY, ON SEP. 04, 1997. ISASI IS ALSO KNOWN AS LUI█
MARTINEZ(DOB-08/24/54). FBI ██████████████████████████
██████████████████████ (b)(█)  ============================================

(b)(█)

OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY

U.S. Department of Justice

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

SEP 2 6 2007

Mr. Richard Isasi
No. 98A1899
Attica Correctional Facility          Re:    Appeal No. 07-0680
Post Box 149                                 Request No. 1059044
Attica, NY  14011-0149                       ALB:KM

Dear Mr. Isasi:

    You appealed from the action of the Buffalo Field Office of the Federal Bureau of Investigation on your request for access to various records pertaining to yourself.

    After carefully considering your appeal, I am affirming the FBI's action on your request. The FBI informed you that it could locate no records responsive to your request in its automated or manual indices. I have determined that the FBI's response was correct.

    If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Janice Galli McLeod
Associate Director

Richard Kasi # 90A1899
Attica Correctional Facility
Box 149.
Attica. New York. 14011-0149

BF
FOIA
Failed

1 of 2

FOIA/PA section
Federal Bureau Investigation
One Plaza
Buffalo. New York. 14202-2698.

August 3. 2006

Re: Freedom Of Information Act.

Dear Records Access Officer:

Under the provisions of the New York Freedom Of Information Law. Article 6
of the Public Officers Law. I hereby request records or portions
thereof pertaining to.

1 - Copy of the warrants signed by the Secretary of State to the F.B.I
Agents on September 3, 1997 of his transportation. via commer-
cial air carrier from Mexico to the New York state.

2 - Copy of Escontes Agents with a full name and badge # ✓ S

If there are any fees for copying the records requested, please inform
me before filling the request for .... Please supply the records
without informing me if the fees are not in excess of $____.)

As you know, the Freedom Of Information Law requires that an agency
respond to a request within five business days of receipt of a
request. Therefore, I would appreciate a response as soon as
possible and look to hearing from you shortly.

If for any reason any portion of my request is denied, please
inform me of the reasons for the denial in writing and provide the
name and address of the person or body to whom an appeal
should be directed.

Sincerely

R Kasi

Richard Kasi # 01A1899
Attica Corr. Facility
Box 149
Attica. New York. 14011-0149.

10 Hrl.
File.

```
1                  ***************************
                   * U N C L A S S I F I E D *
                   ***************************
```

OTTUZYUW RUEHMEA8597 2511504-UUUU--RUEAWJA.
ZNR UUUUU
O 081504Z SEP 97                                    DA.
FM AMEMBASSY MEXICO
TO RUEHC/SECSTATE WASHDC IMMEDIATE 1635
RUEAWJB/DOJ WASHDC
BT
UNCLAS MEXICO 008597
STATE FOR L/LEI - KPROPP
DOJ/OIA FOR MTROLAND - GSTEVENS -
E.O. 12958: N/A
TAGS: CJAN, CASC, CPAS, PGOV, PREL, KJUS, MX
(MARTINEZ, LUIS)
SUBJECT: EXTRADITION: LUIS MARTINEZ
REF.  96 STATE 96262
1.  SUBJECT'S EXTRADITION WAS GRANTED PER REFTEL, AFTER
ALL LEGAL REQUIREMENTS SATISFIED.  SUBJECT WAS
EXTRADITED SEPTEMBER 3, 1997, VIA COMMERCIAL AIR CARRIER
ESCORTED BY FBI AGENTS.
2.  POST CONSIDERS THE CASE CLOSED.
BRAYSHAW
BT
#8597
NNNN

```
                   ***************************
                   * U N C L A S S I F I E D *
                   ***************************
1
```

**5.**

91-103-8384