United States District Court
for the District of Columbia

RECEIVED

APR 17 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Richard Isasi,
    Plaintiff

v.

Office of the Attorney General, et al.,
    Defendants

Civil Action
No. 07-2015(RBW)

## Declaration of Richard Isasi for Relief

On or about April 4, 2008, defendants respectfully submitted their opposition to plaintiff's motion in opposition to dismiss and plaintiff's demand for judgment in his Freedom of Information Act 5 USC 552.

The original petition under the Freedom of Information Act was dated March 31, 2003. While more than five years have passed since the initial request, plaintiff also seeks relief in that defendants violated the FOIA by failing to respond to plaintiff's original request and administrative appeal within twenty (20) working days as required by 5 USC 552 (a)(6)(A)(ii).

Furthermore, 5 USC 552 (a)(6)(c) provides that if the agency fails to comply with the applicable time limit provision, the requesting party may then bring suit, as did the plaintiff in this case.

The defendants' argument that there are no grounds for default judgments and defendants' motion to dismiss establishes that plaintiff has received the only documents at issue in the instant litigation, and this suggestion is incorrect.

The demand of the amount in the plaintiff's motion for default judgment should be granted. The five years delay of

defendants acting in a manner that was clearly intentional, until now. The defendants filed a fraudulent motion of declaration and still refused the plaintiff the extadition documents. For example, the release did not include:
1. 18  3193, receiving agents' authority over offenders. Executive order no. 11517, March 19, 1970, 35 F. R. 4937. Issuance and signature by Secretary of State of warrant appointing agents to return fugitive from justice extradited to the United States.
2. The order of extradition by the Mexican Judge signed by plaintiff and other documents signed by plaintiff in the Mexican court.

Therefore, the declaration of Pamela Roberts, Attorney for the Criminal Division, US Department of Justice (DOJ) filed with defendants, motion to dismiss, should be dismissed from defendant's case with prejudice.

The motion for default judgment had been "leave to file is granted by Judge Walton (entered on 2/25/08) that the amount shown by the motion is justly due and owing and that no part has been paid."

Finally, defendant's motion to consolidate was a surprise to plaintiff because the filing fee has been paid for each independent action. The court decision to grant defendants' motion and order , plaintiff to make full payment. This decision affects any dispositive motion which defendants will file in response to plaintiff's complaint. See Exhibit 1

The answer to plaintiff's motion for order to show cause for preliminary injunction and temporary restraining order is due. The basic purpose of default judgment is to protect parties from undue delay and harassment. See Baez 518 F. 2d 350. Strong public policy favors resolving disputes on the merits. Although courts have an interest in expediting litigations, abuses of process may be prevented by enforcing those defaults that arise from egregious or deliberate conduct.

Plaintiff's demand for relief and the court should dismiss defendant's case as moot with prejudice.

I declare under penalty of perjury that the foregoing is true and correct.

                          Respectfully Submitted,

                          _____
                          Richard Isasi, pro se

Dated, April 15, 2008

# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD ISASI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICE OF THE ATTORNEY GENERAL<br>MELANIE ANN PUSTAY, Deputy Director,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)　Civil Action No. 07-2015 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S MOTION TO DISMISS CASE AS MOOT

On December 14, 2007, defendant filed a motion to consolidate this case with Richard Isasi v. Jones, et al., Civil Action No. 06-2222 (RBW). That motion is still pending before this Court.

Since the filing of defendant's motion to consolidate, undersigned counsel has learned that in connection with the briefing of Richard Issai v. Jones, et al., Civil Action No. 06-2222, a declaration was prepared by Pamela A. Roberts, attorney for the Criminal Division, U.S. Department of Justice ("DOJ"), which evidences that the DOJ Criminal Division released on February 15, 2008, the only document at issue in this case to the Plaintiff, i.e., a two-page letter from the Office of Information and Privacy ("OIP"), dated August 3, 2007. This release was in full, with no redactions. Ms. Roberts' Declaration is attached hereto as Attachment 1. Accordingly, defendant withdraws its motion to consolidate and moves to dismiss this case as moot as plaintiff has received the records that he sought from defendant in this action.

A proposed order is attached as Attachment 2..

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

# CERTIFICATE OF SERVICE

Richard Basi,

    Plaintiff,

v.

Office of the Attorney General, et al.

    Defendants.

Docket No. 07-2015 (RBW)

I, __Richard Basi__, hereby certify under penalty of perjury that on __April__ __15__, __2008__, I served by United States Mail a copy of __Declaration of Richard Basi__

__For Reliefs.__

and __Served by the Attorney Legal Mail System__ at:

__Clerk's Office__
__United States District Court for the District of Columbia__
__333 Constitution Avenue, NW__
__Washington, DC 20001__

Address

/s/ R. Basi