United States District Court
For the District of Columbia.

Richard Isasi

        Plaintiff

v.

Office of the Attorney General, et. al.

        Defendant.

Civil Action No. 07-2015 (RBW)
Request to Clerk for Entry of Default. Rule 55(a)

To: Clerk.

Nancy Mayer Whittington.

Please enter the default of the Defendants pursuant to Rule 55(a) of the Federal Rule of Civil Procedure for their failure to plead or otherwise defend as appears from the attached [Affidavit] [Declaration]

Dated: May 22, 2008

                                                                       R. Isasi
                                                                      Richard Isasi Pro Se.

United States District Court
For The District of Columbia

Richard Isasi

Plaintiff

v.

Office of the Attorney General, et. al.

Defendant.

Civil Action No. 07-2015 (RBW)

Affidavit of Failure to Plead or Otherwise Defend in Support of Application for Entry of Default.

State of New York  )
County of Wyoming ) .ss:

Richard Isasi, being duly sworn, deposes and says:

1. I am the duly authorized agent of the Plaintiff, and one of its attorneys of record, and have personal knowledge of the facts set forth in this Affidavit.

2. The Plaintiff on November 7, 2007, filed in this cause a complaint against the Defendants.

3. Examination of the Court Files and Records in this cause shows that the Defendants were served with a copy of Summons, together with a copy of Plaintiff's complaint, on November 20, 2007.

4. More than 20 days have elapsed since the date on which the Defendants were served with Summons and a copy of the complaint.

5. The Defendants have failed to answer or otherwise defend as to Plaintiff's complaint, or served a copy of any answer or other defense that they might have, upon Claire M. Whitaker, Attorneys of Record for Plaintiff.

6. This Affidavit is executed by me in accordance with Rule 55(a) of the

Federal Rule of Civil Procedure, for the purpose of enabling the Plaintiff to obtain an entry of default against the Defendants, for their failure to answer or otherwise defend as to the Plaintiff's Complaint.

I Declares under penalty of perjury that the foregoing is true and correct.

Dated: May 22, 2008

_R. Lucia_
Richard Kasi Rose

# CERTIFICATE OF SERVICE

Richard Isasi

    Plaintiff

v.

Office of the Attorney General, et al.

    Defendant.

*Leave to file is granted*
*Judge Walton*
*6/19/08*

Docket No. 07-2015 (RBW)

I, **Richard Isasi**, hereby certify under penalty of perjury that on **May 22, 2008**, I served by United States Mail a copy of **Request to Clerk for Entry Default, with Affidavit** and **served by the Attica Legal Mail System** at:

Clerk's Office
United States District Court
For the District of Columbia
333 Constitution Avenue, NW, Washington, DC 20001

Address

_____
Signature (R. Isasi)