United States District Court
For The District of Columbia

---

Richard Isasi

                    Plaintiff                    Civil Action No. 07-2015 (RBW)

        v.

Office of The Attorney General. et. al.

                    Defendant.

**RECEIVED**

JUN 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

Motion Request an Oral Hearing.

Pursuant to LCvR. 7.1 (F), you are hereby notified that by an Order
Dated _____ ___ 2008. Made by the Honorable Judge
Reggie B. Walton. A Hearing has been set. if at the time of the Hearing,
you Fails to appear the court may enter the Judgment against you.

    You Attention is respectfully called, of an early resolution of the issues
in this case. The oral Hearing has been set at: United States District
Court for the District of Columbia. 333 Constitution Avenue. NW. Washington.
DC. 20001. on _____ ___ 2008 at 10 AM: Room ___
Before the Honorable Judge Reggie B. Walton.


                            Very Respectfully


                    _____

                        U.S. District Judge.

United States District Court
FOR THE District of Columbia

---

Richard Isasi

        Plaintiff

    V.

Office of the Attorney General. et. al.

        Defendant

Civil Action No. 07-2015 (RBW)

---

## Reasons for Granting Request an Oral Hearing.

1. On April 22, 2008, Plaintiff Filed an Order to Show Cause for Application of the Federal Kidnapping Act. served upon Defendant's counsel and no action has been taken by this court and no answer in opposition by the Defendant's has been Filed.

2. On May 22, 2008, Plaintiff Filed Request to Clerk for Entry Default with Affidavit and served upon Defendant's counsel and no action has been taken by this court. even when Plaintiff has been Asking for assistance or information to obtain the Final Judgment of this case. The Clerk of the Court refused to Provide or Reply Plaintiff's Request of Information.

3. On May 28, 2008, Plaintiff Filed another Request to the Clerk's Office to Provide me Information of the Default Judgment Motion and Provide me a Copy of both Docket Report and the Clerk's Office Refuse to responsed Plaintiff Request.

4. On June 13, 2008, Plaintiff Filed a Last of Information and Petition of a copy of the Docket Report and the Court refused to Comply With Plaintiff Request.

5. We therefore respectfully ask that this Court Granted Request an Oral Hearing, With a Finding of Fact in favor of the Plaintiff. What remedies to afford for Treaty violations.

## Conclusion

Therefore if the Court Does not Feel that I would be Justified by the Facts of this Request of an Oral Hearing in so Doing That should remand the case for a Fair and impartial trial before an unprejudiced Jury, on Proper evidence and under correct Instructions as the law may deem Just and Proper.

Respectfully Submitted

R Isasi

Richard Isasi   Pro Se.

Dated. June 23 2008.

# CERTIFICATE OF SERVICE

Richard Isasi

Plaintiff

v.

Office of the Attorney General, et al.

Defendant

Docket No. 07-2015 (RBW)

I, _____Richard Isasi_____, hereby certify under penalty of perjury that on _____June 23, 2008_____, I served by United States Mail a copy of _Motion Request an Oral Hearing_

and _Served by the Notice Legal Mail System_ at:

_Clerk's Office_

_United States District Court_

_For The District of Columbia_

_333 Constitution Avenue, NW, Washington, DC 20001_
Address

# CERTIFICATE OF SERVICE

Richard Isasi

Plaintiff

V.

Office of the Attorney General. et. al.

Defendant.

Docket No. 07-2015 (RBW)

I, _____ Richard Isasi _____ , hereby certify under penalty of perjury that on _____ June _____ 23 , 2008 , I served by United States Mail a copy of _Motion Request an Oral Hearing_ and _served by the Attica Legal Mail System_ at:

Claire H. Whitaker ,

United States Attorney's Office

555 4th Street. NW. suite- E-4202.

Washington. DC 20810

Address

_____R. Isasi_____
Signature