UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD ISASI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OFFICE OF THE ATTORNEY GENERAL, et al., )<br>)<br>Defendants. )<br>_____) | Civ. Action Nos. 07-2015 (RBW) |

**OPPOSITION TO PLAINTIFF'S MOTION FOR ORAL HEARING
AND RESPONSE TO AFFIDAVIT OF DEFAULT JUDGMENT**

# PLEASE SEE DOCKET # 25 FOR DUPLICATE IMAGE

_____/s/_____
CLAIRE WHITAKER, Bar #354530
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 514-7137