United States District Court

FOR THE District of Columbia

Richard Isasi

                    Plaintiff

            v                          Civil Action No. 07-cv-2015 (RBW)

Office of the Attorney General. et. al.

                    Defendant.         **RECEIVED**

                                       JUL 28 2008

                                       NANCY MAYER WHITTINGTON, CLERK
                                       U.S. DISTRICT COURT

Plaintiff's supplemental Motion Request an Oral Hearing. Defendant's
Motion in Opposition Does not Provide an Adequate Basis for entry of
Default in this case.

Plaintiff's case arises claim under the Freedom of Information Act "FOIA"
5 USC § 552 and Bivens-type claim.

The Defendant's United States had been served with the summons and
complaint on November 13, 2007. [Dkt. no. 9]

The record reflects that the Defendant's have not filed an answer or other-
wise responded to the Plaintiff Complaint.

On February 25, 2008. Plaintiff's Motion for Default Judgment. The Judge
Order "Leave to file is Granted" [Dkt. No. 16].

On May 22, 2008. Plaintiff's File a Motion Request to Clerk for entry Default
with Affidavit [Dkt. No. 23]. Finally Plaintiffs File By June 23, 2008. Motion
for an Oral Hearing in the Grounds for the entry of Default Judgment. [Dkt.
No. 23].

Defendant's oppose Plaintiff's Motion for an Oral Hearing. Arguing that the
records have been release in full, and that information to the Court is inco-
rrect.

## Contention

The Defendant's United States. Refused to release or Produce the Record. The Documents release by the Government no included:

1 - The Extradition Order by the Mexican Judge signed by Plaintiff.

2 - The Federal Warrant signed by the Secretary of State to the Appointed Receiving Officer " Place of my Trial "

3 - The release no include one single Document signed by Plaintiff's on Extradition Proceeding in the Mexican Court.

Plaintiff's Maintains His Position That the Defendant Failed to Produce the Records. and Intentionally Withheld the records in full.

The Affidavits Filed by the Defendant Agencies in this Matter, regarding on Adequacy of its search was made with Purely Speculative Allegation of Bad Faith on the Part of the Agency, to cover up each other, the Documents Aforementioned the Government refused to release in full. see. " Enclosed the Two Pages Release, Available by the Office of the Attorney General in Plaintiff's Extradition File "

The Document Also Contradicted the Argument of Plaintiff's Status, Defendant's Counsel in Isasi's v. Jones Civ. Action No. 06-2222 (RBW) see: Defendant's reply in Support of Motion to Dismiss, or in the Alternative, for Summary Judgment and Opposition to Plaintiff's Motion for Partial Summary Judgment. see. Mot. at: P. 13 Here Before this Court the Plaintiff's claims to be a Cuban citizen and American citizen to the Mexican Government.

On April 22. 2008. Plaintiff's File and served an Order to Show Cause. Restraining Order for Application of the Federal Kidnapping Act. The Fed. R. of Civil Proc. Rule 12 (a) and Local Rule LCvR. 7.1: Provides time Limits Within Which a Party to an action must served an answer or reply to a Pleading requiring a responsive Pleading, or served a Motion raising Certaing Defenses or objection —

Permited under the Rule "No Reply or Objection By the Defendant's Counsel or Action Had Been Taken for the Court" also Defendants without having obtained an Enlargement as Proved By Fed. R. Civ. Proc. Rule 6(6).

In the Present Case, the United States Defendants in the Delinquent. Fed. R. of Civ Proc. Rule 55(e). Provides: "No Judgment By Default shall Be Entered Against the United States or an Officer or Agency, unless the Claimant establishes his Claim or Right to Relief By Evidence Satisfactory to the Court." if This Remedy is not available. This May Be Why a Court must Hold a Hearing on Damages Before Entering a Judgment on an unliquidated Claim "even Against a Defendant who has Been Totally unresponsive" see. H.F. Livermore Cord. V Aktiengese Uschaft Gebruder Loeffe. 432. F.2d. 689, 691 (D.C. Cir. 1970)

When the Government Contends That the Plaintiff's Motion to strike is in Effect if not Form an Application for Entry of Judgment By Default, the Court Agrees in Stanziale V. First Nat City Bank. 74. F.R.D. at 557. Since the Government Refused to admitted the Averments of the Complaint, there are sufficient Grounds for this Court to Hold a Hearing and for the Entry of Default Judgment.

Wherefore for All of the Foregoing Reasons. Plaintiff's Motion for an Oral Hearing and for the Entry of Default Against Defendants should be Granted, Defendant Motion in Daposition should Be Denied with Prejudice.

RESPECTfully Submitted

Dated July 21. 2008.

R Isasi

Richard Isasi     Pro Se.

*Exhibit*
*(TWO PAGES)*

Mary T
Let's
discuss
this –
Fran

| ROUTING AND TRANSMITTAL SLIP | | DATE | | April 4, 1996 |
|---|---|---|---|---|
| TO: (Name, office symbol, room number, Agency/Post) | | | Initials | Date |
| 1. ~~████~~ Mary Lee Warren | | | | |
| 2. Fran Fragos Townsend | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Action | File | Note & Return |
|---|---|---|
| Approval | For Clearance | Per Conversation |
| As Required | For Correction | Prepare Reply |
| Circulate | FYI | See Me |
| Comment | Investigate | Signature |
| Coordination | Justify | |

**REMARKS:**

Please review and give me your comments.

Attachment

cc: Mike Sussman

DO NOT use this form as a RECORD of approvals, concurrences, disposals, clearances, and similar actions.

| FROM: (Name, org. symbol, Agency/Post) | Room No. —Bldg. |
|---|---|
| Mark M Richard, Deputy Assistant Attorney General Criminal Division Department of Justice | 2113 - Main |
| | Phone No. |
| | 514-2333 |



U. S. Department of Justice
Office of Legal Counsel

April 1, 1996

MEMORANDUM

TO:    Mark Richard

FR:    Jeff Powell

RE:    Extradition from Mexico of American Citizen with
       Anticipated Return to Mexico to Complete Sentence

Attached is a draft opinion prepared for your office.  We would appreciate receiving your views before making the opinion final.



# CERTIFICATE OF SERVICE

Richard Isasi

       Plaintiff.

    v.

Office of the Attorney General. et al.

      Defendants.

Docket No. 07-CV-2015 (RBW)

I, ___Richard Isasi___, hereby certify under penalty of perjury that on ___July___ ___21___, ___2008___, I served by United States Mail a copy of ___Plaintiff's Supplemental Motion___ ___Request and Oral Hearing. Defendant's Motion in Opposition___ and ___Served By The Attica Legal Mail System___ at:

    Claire M. Whitaker,

    United States Attorney's Office

    555 4th Street. NW. E-4202

    Washington. DC. 20816

             Address

                 Signature