United States District Court
For the District of Columbia.

Richard Isasi
           Plaintiff.
v.
Office of the Attorney General.
           Defendant.

Civil Action No. 07-CV-2015 (RBW)

RECEIVED
AUG 0 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Clerk's of the Court.

## Letter Brief

I Richard Isasi, am Plaintiff in the above-entitled action, I am unaware of any Order or Decision in both of my action before this Court.

Isasi v. Jones Civil Action No. 06-2222 (RBW), the deadline for file an opposition to Plaintiff's Dispositive Motion was due, June 17, 2008, and,

Isasi v. Office of the Attorney General Civil Action No. 07-CV-2015 (RBW), By May 22, 2008, Plaintiff's file a Request to Clerk entry Default.

More than 50 days have elapsed in both cases and Plaintiff's was unaware of any Order to follow or Decision in both cases.

Plaintiff's has been requested several time to this Court, including Motion to Judge Walton for information and Order to Clerk to release a copy of both Docket Report and at the time of this letter, the Court refused to answer.

Plaintiff's "A Right of Access to the Court" has been violated. By this Court or by the United States (Defendants) the Unrestricted communications by mail between the Prisoner and the Court is now an acknowledged "Right." From June 17, 2008, until now, Plaintiff's has been denied of such Rights.

Respectfully Submitted

R Isasi
Richard Isasi Pro Se.

Dated: July 29, 2008.

# CERTIFICATE OF SERVICE

Richard Isasi

   Plaintiff

.V.

Office of the Attorney General.    Docket No. 07-CV-2015 (RBW)

   Defendant.

I, __Richard Isasi__, hereby certify under penalty of perjury that on __July 29, 2008__, I served by United States Mail a copy of __the letter requesting information or both case and a copy of both docket report__ and __served by family member from outside__ at:

Clerk's Office
United States District Court
For the District of Columbia
Washington, DC 20001
            Address

_____
         Signature