Richard Isasi #02B0899
Attica Correctional Facility
P.O. Box 149
Attica, New York, 14011-0149

Director of Dispute Resolution
Office of the Circuit Executive
United States Court for the
District of Columbia Circuit

**RECEIVED**
AUG 0 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ref. Isasi v. Office of the Attorney General, Civil Action No. 07-CV-2015 (RBW)

To: Honorable Director of Dispute Resolution.

Please this letter brief as a request of information and not official complaint, but shall be an official complaint file against the Clerk of the Court if after full investigation, if the docket report showed that the following motion has not been filed.

The Complainant Pro Se has "Constitutional Right" to meaningful access to court. This rights can be violated when the court refuses to release a copy of the Official Records "A copy of the Docket Report. The Docket Report advised the Complainant of any misleading or due process issue in the case.

In the presented case, the last docket report release by the court dated April 24, 2008, the Complainant motion for default judgment and was granted "Leave to File" by Judge Walton (2-25-2008)

1) On April 22, 2008, the Complainant filed and served "Order to Show Cause and Restraining Order for application of the Federal Kidnapping Act.
   No action has been taken by the Court, neither, reply or answer by the Government upon such motion.

2) On May 22, 2008, the Complainant file on affidavit an request to Clerk for Entry Default and no action has been taken by this Court.

3) On May 28, 2008, the Complainant filed a letter requesting information of the Default Judgment and asking to the Clerk to provide me a copy of the Docket Report and the Court refused to answer.

4).- On June 13, 2008, the Complainant requesting again, the same information aforementioned and the Court still refused to answer.

Here, On July 14, 2008, the Government file a Motion in Opposition to Plaintiff's Motion for Oral Hearing and Response to Affidavit of Default Judgment. They call to my attention (3) pages Motion and served to the Complainant without of Certificate of Service Attached.

Please the Complainant Asking to this Office for an investigation of this Motion, and request to the Clerk without of answer or action by the Court.

Also if this Office may not be the appropriate for this inquire. The Complainant asking to this Office to addresse this investigation to the Office in this Circuit.

In fact of my suspicios, enclosed for you review and attention, how the Government handle Isasi's case. That at this time, I Dont get any relief from this Order.

Thanking you for your cooperation and attention.

Respectfully Submitted

_____
Richard Isasi  Pro se.

Dated. July 28. 2008.

CD. RI
File.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
RICHARD ISASI,

                Petitioner,                      ORDER
                                                     01-CV-1804

– against –

VICTOR T. HERBERT

                Respondent.
----------------------------------------X

JACK B. WEINSTEIN, Senior District Judge:

      By motion dated September 21, 2007, Petitioner Richard Isasi moved pursuant to Rule 60(b) of the Federal Rules of Civil Procedure "to vacate an order entered July 19, 2007, by the United States Court of Appeals for the second circuit, and that the Plaintiff's action be reinstated to the calendar . . . ." See Entry on Docket Sheet 01-CV-1804 ("Docket No.") at 98. On October 31, 2007, the court held a hearing at which Isasi admitted that his only problem is that the Court of Appeals does not answer his letters. See, e.g., Transcript of the Oct. 31, 2007 Hearing ("Tr.") at 16. Isasi had appealed to the Court of Appeals for the Second Circuit from this court's order denying relief in an application brought under 28 U.S.C. § 2254. The Court of Appeals issued a mandate on August 20, 2007 dismissing Isasi's motion for a certificate of appealability for failure to comply with the timeliness requirement of Second Circuit Local Rule 22(a). See Docket No. 95.

      Isasi's present motion to vacate the August 20, 2007 mandate of the Court of Appeals is denied. This court has no authority to vacate an order issued by the Court of Appeals for the Second Circuit.

On consent of both parties, Isasi's time to appeal, or to perfect an appeal to the Court of Appeals is extended for thirty days, if this court has power to grant such an extension. See Tr. at 18-19.

On consent of both parties, Isasi's motion is transferred to the Court of Appeals for the Second Circuit as a notice of appeal and a motion for a certificate of appealability from the Court of Appeals, or as a document to be otherwise characterized by the Court of Appeals. See id.; 28 U.S.C. § 1631 ("Whenever a civil action is filed in a court . . . and that court finds that there is a want of jurisdiction, the court shall, if it is in the interest of justice, transfer such action or appeal to any other such court in which the action or appeal could have been brought at the time it was filed or noticed . . ."). See also Frank v. Magnum, 237 U.S. 309, 331 (1915) ("upon an application for a writ of habeas corpus, [ ] [courts should] look beyond forms and inquire into the very substance of the matter").

The Clerk of the District Court is directed to close the case and send to the Clerk of the Court of Appeals for the Second Circuit and Petitioner Isasi: (1) this order; (2) Isasi's motion to vacate the Court of Appeals's mandate; (3) a transcript of the October 31, 2007 hearing; and (4) the docket sheets for 01-CV-1804 and 03-CV-2912.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge
Eastern District of New York

Dated: November 2, 2007
       Brooklyn, New York

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK
PRO SE OFFICE

U.S. COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

December 4, 2007

Richard Isasi, # 98-A-1899
Attica Correctional Facility
Box 149
Attica, NY 14011-0149

Re: *Isasi v. Herbert* (01-CV-1804) (JBW)

Dear Mr. Isasi:

 This brief note is in response to your two letters received on November 29, 2007 and December 3, 2007 respectively. Kindly be advised that the Clerk's Office has no record of ever having received a notice of appeal from you. I am enclosing a copy of the docket sheet in the case as well as a notice of appeal packet.

 I hope the information I have provided you is helpful.

Sincerely,

Ralph Vega, Jr.
Pro Se Writ Clerk

Enclosure

# CERTIFICATE OF SERVICE

Richard Isasi

        Plaintiff.

v.

Office of Attorney General.

        Defendant.

Docket No 07-CV-2015 (RBW)

I, __Richard Isasi__, hereby certify under penalty of perjury that on __July 28, 2008__, I served by United States Mail a copy of __The letter Requesting Information or Official Complaint to file with attached Court Order for Review__ and __served by the Attica Legal Mail System__ at:

Director of Dispute Resolution
Office of the Circuit Executive
United States Court for the District of Columbia Circuit
333 Constitution Ave. NW. Washington. DC. 20001

Address

_R Isasi_
Signature