United States District Court
For The District of Columbia

Richard Isasi,
                    Plaintiff

        v.                                          Civil Action No. 07-cv-2015 (RBW)

Office of the Attorney General,
                    Defendant.

RECEIVED
AUG 13 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Advisory Note

Plaintiff's Richard Isasi, proceeding pro se, does hereby affirm under the penalty of perjury that the following is true:

1. The Return of Service / Affidavit of Summons and Complaint, executed as the U.S. Attorney was entered. 11-13-07. See Dkt. 11.

2. Plaintiff's Motion for Default Judgment was "Leave to file is Granted" by Judge Walton. Entered 2-25-08. See Dkt. 16.

3. On May 22, 2008, Plaintiff file a request to Clerk to enter Default Judgment with Affidavit.

4. In the Original Complaint demand was made for damages, in the amount of Total $26,000,000. U.S. Dollars. This sum is now justly due and owing and no part of it has been paid except as herein set forth.

Dated August 11, 2008
Attica, New York.

                                            R Isasi
                                  _____
                                  Richard Isasi Pro se.

# CERTIFICATE OF SERVICE

Richard Isasi
            Plaintiff

    v.

Office of the Attorney General                    Docket No 07-CV-2015(RBW)
            Defendant.


I, __Richard Isasi__, hereby certify under penalty of perjury that on __August 11, 2008__, I served by United States Mail a copy of __Advisory Note in Affidavit__

and __served by the Attica Legal Mail System__ at:

Clerk's Office
United States District Court
For the District of Columbia
Washington, DC 20001
                Address

                                            _____
                                                Signature